IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO, <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP, INC., <br><br> Defendant. | : <br> : <br> : <br> : <br> : C.A. No. _____ <br> : <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of May, 2005, copies of the foregoing Notice of Removal was served, by hand delivery, on:

>Richard H. Cross, Jr., Esq.
>Cross & Simon, LLC
>913 North Market Street
>Wilmington, DE 19801
>Counsel for Plaintiffs

>Respectfully Submitted,

>_____
>Jonathan L. Parshall (#3247)
>MURPHY SPADARO & LANDON
>1011 Centre Road, Suite 210
>Wilmington, DE 19805
>(302) 472-8106
>Fax: (302) 472-8135
>e-mail: jonp@msllaw.com

>Attorneys for Defendant
>  Selective Way Insurance Company

- 4 -