IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SELECTIVE WAY INSURANCE )<br>COMPANY a/k/a SELECTIVE )<br>INSURANCE GROUP INC, )<br>)<br>Defendant. ) | C. A. No. 05-0309 KAJ |

**RULE 7.1 DISCLOSURE STATEMENT OF
CHRISTIANA VENTURES, INC.**

Christiana Ventures, Inc., through its counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby discloses that there is no parent corporation or publicly held corporation that owns 10% or more of the company's stock.

Dated: July 18, 2005
        Wilmington, Delaware

                    CROSS & SIMON, LLC

                    By: /s/ Amy Evans
                        Richard H. Cross, Jr. (No. 3576)
                        Amy Evans (No. 3829)
                        913 North Market Street, 11th floor
                        P.O. Box 1380
                        Wilmington, Delaware 19899-1380
                        (302) 777-4200
                        (302) 777-4224 (Facsimile)

                        *Counsel for Plaintiffs*