CERTIFICATE OF SERVICE

      I, Amy Evans, hereby certify that on July 18, 2005 I caused to be served a true and correct copy of the "Rule 7.1 Disclosure Statement of Christiana Ventures, Inc." upon the following as indicated.

<u>VIA U.S. MAIL</u>
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805


        /s/ Amy Evans
      Amy Evans (Bar I.D. No. 3829)