# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

August 22, 2005

Amy Elizabeth Evans, Esq.
Cross & Simon LLC
913 Market Street, Suite 1001
Wilmington, DE 19801

Jonathan L. Parshall, Esq.
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

Re: Christiana Ventures, et al. v. Selective Way Ins. Co.
C.A. No. 05-309-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court