Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Sean T. O'Kelly
Kristen Healey Cramer

# CROSS & SIMON, LLC

ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

September 29, 2005

VIA ONLINE DELIVERY
The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

      Re: *Christiana Ventures et al. v. Selective Way Insur. Co.*
           05-309(KAJ)

Dear Judge Jordan:

    Enclosed is the joint discovery plan proposed by the parties. A telephonic scheduling conference in this case is scheduled for October 4, 2005 @ 2:00 p.m.

Sincerely,

Amy Evans (No. 3829)

Enclosure

cc:     Jon Parshall, Esq.
        Richard H. Cross, Jr., Esq.
        File Copy