IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO,** | : | C.A. No. 05-0309 KAJ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

**Defendant's Rule 7.1 Disclosure Statement**

Pursuant to FRCP 7.1, Defendant Selective Way Insurance Company submits the following disclosure statement:

> Selective Way Insurance Company is a Wholly Owned Subsidiary of Selective Insurance Group, Inc., a corporation organized under the laws of New Jersey, which trades under the symbol SIGI on the NASDAQ National Market.

**MURPHY, SPADARO & LANDON**

 /s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective
Way Insurance Company

Date:   October 12, 2005

114291

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO,** | : | C.A. No. 05-0309 KAJ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

### CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 12th day of October 2005, I electronically filed **Defendant's Rule 7.1 Disclosure Statement** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Richard H. Cross, Jr., Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

                                       **MURPHY, SPADARO & LANDON**

                                       /s/ Jonathan L. Parshall
                                       Jonathan L. Parshall (#3247)
                                       1011 Centre Road, Suite 210
                                       Wilmington, DE 19805
                                       (302) 472-8106
                                       e-mail: jonp@msllaw.com
                                       Attorney for Defendant Selective
                                       Way Insurance Company

114291