IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO,** | : | C.A. No. 05-0309 KAJ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC.,** | : | |
| | : | |
| **Defendant.** | : | |

NOTICE OF SERVICE OF
DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of October 2005, I caused **Defendant's Rule 26(a)(1) Initial Disclosure** to be served by U.S. Mail upon the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

                                        **MURPHY, SPADARO & LANDON**

                                        /s/ Jonathan L. Parshall
                                        Jonathan L. Parshall (#3247)
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE 19805
                                        (302) 472-8106
                                        e-mail: jonp@msllaw.com
                                        Attorney for Defendant Selective Way Insurance Company

00125127.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC.,** and **JOSEPH L. CAPANO,** | : | C.A. No. 05-0309 KAJ |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE WAY INSURANCE COMPANY,** a/k/a **SELECTIVE INSURANCE GROUP, INC.,** | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of October 2005, I electronically filed **Notice of Service of Defendant's Rule 26(a)(1) Initial Disclosure** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

                                            **MURPHY, SPADARO & LANDON**

                                            /s/ Jonathan L. Parshall
                                            Jonathan L. Parshall (#3247)
                                            1011 Centre Road, Suite 210
                                            Wilmington, DE 19805
                                            (302) 472-8106
                                            e-mail: jonp@msllaw.com
                                            Attorney for Defendant Selective Way Insurance Company

00125127.DOC