IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SELECTIVE WAY INSURANCE | ) | C.A. No. 05-309 (KAJ) |
| COMPANY a/k/a SELECTIVE | ) | |
| INSURANCE GROUP INC, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF SERVICE

I, Amy Evans, hereby certify that on October 31, 2005 I caused to be served a true and correct copy of the *Initial Disclosures* upon the following as indicated.

VIA U.S. MAIL
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

/s/ Amy Evans
Amy Evans (Bar I.D. No. 3829)