IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    C. A. No. 05-0309 KAJ |

### STIPULATION TO ALLOW AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a), the above-captioned parties stipulate and agree that the complaint in this case, initially filed in state court and removed to this Court, may be amended and filed in the form annexed hereto.

_____
Jonathan L. Parshall (No. 3247)
MURPHY SPADARO & LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8106
(302) 472-8135 (facsimile)
*Attorney for Defendant*

Dated: 11-3-05

_____
Richard H. Cross, Jr. (No. 3576)
Amy Evans (No. 3829)
CROSS & SIMON LLC
913 N. Market Street, 11th Floor
Wilmington, DE 19801
(302) 777-4200
(302) 777-4224 (facsimile)
*Attorneys for Plaintiffs*

Dated: 11-4-05