| of Issue | | Issued At | |
|---|---|---|---|
| ary 10, 1996 | MLR | Hunt Valley | KB |

# Selective INSURANCE

**Policy No. S 1352759**

**Named Insured:** White Oak Inc
(See IL7016 0189)
**Address:** 1 South Old Baltimore Pike
Newark, New Castle County
DE 19702

| **Policy Period:** Standard Time at Location of Designated Premises | 12:01 a.m. | From  10-11-95  To  10-11-96 |
|---|---|---|

**Representative:**  Agent or Broker  J.A. Montgomery, Inc.          # 4801

---

Selective Way Insurance Company
Branchville, New Jersey 07890

## Schedule Of Coverage

[X] Commercial Property Coverage

[X] Commercial General Liability Coverage

[X] Commercial Automobile Coverage

[X] Commercial Inland Marine Coverage

[ ] Commercial Crime Coverage

[ ] Systems Breakdown Coverage

[ ] Farm Property Coverage

[ ] Farm Liability Coverage

[ ]

[ ]

[ ]

> In return for payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as indicated in this schedule. Insurance is provided only for those coverages for which a specific limit is shown on the attached coverage declarations.

DPP-9

**Total Policy
Premium $    54,486.00**
(This premium may be subject to adjustment)

Countersigned by          JAN 2 2 1996    ET

Authorized Representative

F-543 (3/87)

BRANCH OFFICE COPY

**POLICY CHANGES**                                    Endorsement #        6

| | |
|---|---|
| Named Insured:<br><br>White Oak Inc<br>(See IL7016 0189) | Policy Number:      S 1352759<br><br>Policy Effective Date:          10/11/95<br><br>Endorsement Effective Date:        08/30/96 |

Changes indicated in this endorsement affect all coverages provided under this

## COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an [X] ".

☐    Amend the Named Insured to read: _____

_____

☐    Amend the Insured's Address to read: _____

_____

☐    Coverage Parts of this policy are revised as follows:

☐    Add    _____

☐    Delete    _____

The Commercial Policy Coverage Schedule is amended to include these changes.

☐    Other Changes

Boothurst LLC is amended to read Boothhurst LLC

Pro-Rata Factor:
Number of Days                    Total Endorsement Premium: _____ NIL _____

11/11/96 /HV/KB.                            4801
Date of Issue                            Agent No.                Authorized Representative Signature

IL 70 10 04 88

## POLICY CHANGES

Endorsement #    5

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | Policy Effective Date: | 10/11/95 |
| (SEE IL7016 0189) | Endorsement Effective Date: | 05/23/96 |

Changes indicated in this endorsement affect all coverages provided under this

### COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an ☒ " .

☐  Amend the Named Insured to read: _____

_____

☐  Amend the Insured's Address to read: _____

_____

☐  Coverage Parts of this policy are revised as follows:

  ☐  Add _____

  ☐  Delete _____

The Commercial Policy Coverage Schedule is amended to include these changes.

☒  Other Changes

THE FOLLOWING NAME IS ADDED TO THE SCHEDULE OF NAMED INSUREDS:

ROUTE 72, INC

Pro-Rata Factor:
Number of Days

Total Endorsement Premium: _____ NIL

| 06/13/96 /HV/MR | 4801 | JUN 1 3 1996 |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 10 04 88

**POLICY CHANGES**                                    Endorsement #    4

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | | |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 10/11/95 |

Changes indicated in this endorsement affect all coverages provided under this

## COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an [X] ".

[ ]    Amend the Named Insured to read: _____

_____

[ ]    Amend the Insured's Address to read: _____

_____

[ ]    Coverage Parts of this policy are revised as follows:

    [ ]    Add    _____

    [ ]    Delete    _____

The Commercial Policy Coverage Schedule is amended to include these changes.

[X]    Other Changes

    ON THE LIST OF NAMED INSUREDS, THE NAME ST GEORGIAS TRUST
    IS AMENDED TO READ ST GEORGES TRUST

Pro-Rata Factor:
Number of Days                    Total Endorsement Premium                    NIL

| 02/28/96 /HV/MR | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 10 04 88

## POLICY CHANGES

Endorsement #     3

| Named Insured: | Policy Number: | S 1352759 |
| --- | --- | --- |
| WHITE OAK BUILDERS INC<br>(SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 02/19/96 |

Changes indicated in this endorsement affect all coverages provided under this

### COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an ☒ " .

☐   Amend the Named Insured to read: _____

_____

☐   Amend the Insured's Address to read: _____

_____

☐   Coverage Parts of this policy are revised as follows:

☐   Add _____

☐   Delete _____

The Commercial Policy Coverage Schedule is amended to include these changes.

☒   Other Changes

THE FOLLOWING NAME IS ADDED TO THE LIST OF NAMED INSUREDS:

Stone Mill Inc

| Pro-Rata Factor:<br>Number of Days | Total Endorsement Premium: | NIL |
| --- | --- | --- |

| 02/28/96  /HV/MR | 4801 | |
| --- | --- | --- |
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 10 04 88

## POLICY CHANGES

Endorsement # _____

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK INC | | |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 11/22/95 |

Changes indicated in this endorsement affect all coverages provided under this

### COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an [X] ".

[X]   Amend the Named Insured to read:   WHITE OAK BUILDERS INC _____

   (SEE IL7016 0189) _____

[ ]   Amend the Insured's Address to read: _____

_____

[ ]   Coverage Parts of this policy are revised as follows:

   [ ]   Add _____

   [ ]   Delete _____

   The Commercial Policy Coverage Schedule is amended to include these changes.

[ ]   Other Changes

Pro-Rata Factor:
Number of Days          Total Endorsement Premium:          NIL

02/28/96 /HV/MR          4801          _____
Date of Issue          Agent No.          Authorized Representative Signature

IL 70 1Q 04 88

## POLICY CHANGES

Endorsement #                1

| | |
|---|---|
| Named Insured: | Policy Number:        S 1352759 |
| WHITE OAK INC | Policy Effective Date:        10/11/95 |
| (SEE IL7016 0189) | Endorsement Effective Date:        11/02/95 |

Changes indicated in this endorsement affect all coverages provided under this

### COMMERCIAL POLICY

The Common Declarations Page is amended to reflect the changes indicated below by an [X] ".

☐    Amend the Named Insured to read: _____

_____

☐    Amend the Insured's Address to read: _____

_____

☐    Coverage Parts of this policy are revised as follows:

☐    Add _____

☐    Delete _____

The Commercial Policy Coverage Schedule is amended to include these changes.

[X]    Other Changes

THE FOLLOWING NAMES ARE ADDED TO THE LIST OF NAMED INSUREDS:
   Capano Enterprises Inc
   Wyndom Inc

| | | |
|---|---|---|
| Pro-Rata Factor: | 0.940 | |
| Number of Days | 343 | Total Endorsement Premium:        NIL |

FEB 5 1996        ET

| | | |
|---|---|---|
| 01/23/96 /HV/MR | 4801 | Authorized Representative Signature |
| Date of Issue | Agent No. | |

IL 70 10 04 88

# POLICY CHANGES

Endorsement #

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| | Policy Effective Date: | |
| | Endorsement Effective Date: | |

Coverage Part Affected:

## Common Declaration

## CHANGES

The above coverage part is hereby amended as follows:

*Page 1 of 3*

### Named Insured

Environmental Resources Inc
Cranbrook Development Company
Carriage Run Inc
The American Group
Joseph L Capano Builders Inc
Newbury Village Inc
Rt 40 & 7 Venture Inc
Gulls Nest Inc
Capano Builders Inc
Canterbury Village L P
Olde Christiana Management Company Inc
FJM Limited Partnership
Cranbrook Realty
Windover Company
Ken Company
Pro-To-Call Realty Inc
Christiana Concrete Company Inc
J O F R Inc
Tree Lane Associates Inc
Hawks Nest Inc
77 Associates Inc
Buttonwood Enterprises Inc
Wellington Woods Maintenance Corp
Kensington Maintenance Corp
Valley Road Maintenance Assoc
Lakeside Maintenance Assoc
Capano Enterprises Inc
J L Capano Inc

| Date of Issue | Agent No. | Authorized Representative Signature |
|---|---|---|

IL 70 16 01 89

## POLICY CHANGES

Endorsement #

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| | Policy Effective Date: | |
| | Endorsement Effective Date: | |

Coverage Part Affected:

### Common Declaration

### CHANGES

*Page 2063*

The above coverage part is hereby amended as follows:

#### Named Insured

White Oak Builders Inc
Harmony Crest Inc
Soya Inc
Texaco Inc
Bass Properties Inc
Golden Acres Inc
Open Spaces Inc
Oak Run Inc
Christiana Ventures Inc
JYD Inc
Penn Manor Inc
Clair Manor Inc
J L Capano Realty Inc
Olde Christiana ConcreteCompany Inc
Capano Communities Inc
Pemberley Inc
Black Horse Realty Inc
9244 Inc
Capko Custom Homes Inc
Rutledge Builders Inc
JNC Inc
Caplem Inc
Westbridge Inc    *Boothhurst LLC*
~~Boothhurst LLC~~
Del Investments Inc
600 Delaware Avenue Inc
Rivers End Inc
Smalleys Dam Venture Inc
*Capano Enterprises Inc*
*Wyndom, Inc*

| Date of Issue | Agent No. | Authorized Representative Signature |
|---|---|---|

IL 70 16 01 89

## POLICY CHANGES

Endorsement #

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| | Policy Effective Date: | |
| | Endorsement Effective Date: | |

Coverage Part Affected:

### Common Declaration

### CHANGES

The above coverage part is hereby amended as follows:

*Page 3063*

### Named Insured

Salem Trace Inc
J L Capano Realtor
Grady Inc
Christiana Excavating Company Inc
Genesis Land Development
Genesis Masonry Sand Products
Kensington Inc
~~St Georgias Trust~~ *St Georges Trust*
Raven Glen Inc
Wellington Trust
Springfield Maintenance Assoc
Rutledge Maintenance Assoc
Clair Manor Maintenance Assoc
Bear Crossing Ltd
Route 13 Associates Inc
Cromwell Properties Inc
Cotswold Builders Inc
Richards Lane Inc
Wellington Group Inc
Industry 40
Bellwether Manor Inc
Rutledge II Associates Inc
Hodav Inc
Fox Run Maintenance Assoc
Springfields Inc
Springfields Ventures Inc
Bear Trac LLC
Glasgow Farms LLC
Route 7 & Joint LLC
*Stone Mill Inc*
*Route 72 Inc*

| Date of Issue | Agent No. | Authorized Representative Signature |
|---|---|---|

IL 70 16 01 89

# POLICY CHANGES

Endorsement #        9

| Named Insured:<br><br>White Oak Inc<br>(See IL7016 0189) | Policy Number: | S 1352759 |
|---|---|---|
| | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 08/30/96 |

Coverage Part Affected:

## COMMERCIAL GENERAL LIABILITY

*10%* STANDARD COMMISSION EXCEPTION

## CHANGES

The above coverage part is hereby amended as follows:

ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS,
CG2010 1093, IS ADDED PER THE ATTACHED

TOTAL ENDORSEMENT PREMIUM:        NIL

| 11/11/96 /HV/KB | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89

**Selective**

POLICY NUMBER: S 1352759

COMMERCIAL GENERAL LIABILITY

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## SCHEDULE

**Name of Person or Organization:**

NEW CASTLE COUNTY DEPARTMENT OF PUBLIC WORKS
ROOM 130
2701 CAPITOL TRAIL
NEWARK, DE 19711

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1992

CG 20 10 10 93

**POLICY CHANGES**                    *Endorsement #*        8

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | | |
| SEE IL7016 0189 | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 05/23/96 |

Coverage Part Affected

## COMMERCIAL GENERAL LIABILITY

10%  STANDARD COMMISSION EXCEPTION

### CHANGES

The above coverage part is hereby amended as follows:

VACANT BUILDINGS - NOT FACTORIES - OTHER THAN
NOT-FOR-PROFIT    (T-001)
LOC 32A: 2160 NEW CASTLE AVENUE
NEW CASTLE, NEW CASTLE COUNTY, DE 19720

| | | | | | (334) | (336) |
|---|---|---|---|---|---|---|
| ADD: | 68606 | 31,035 (A) | 10.046 | INCL | 312 | INCLUDED |
| | | | | PRO RATA | 120 | INCLUDED |

| | | | |
|---|---|---|---|
| | (334) | 120 | A.P. |
| | (336) | | |
| Pro Rata Factor: | 0.386 | | |
| Number Days: | 141 | | |
| | Additional Premium: | $120 | |

JUN 13 1996

| 06/13/96  /HV/MR | 4801 | Authorized Representative Signature |
|---|---|---|
| Date of Issue | Agent No. | |

IL 70 '6 01 89

THIS ENDORSEMENT

## POLICY CHANGES    Endorsement #  _____

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | | |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 03/23/96 |

Coverage Part Affected

## COMMERCIAL GENERAL LIABILITY

### CHANGES

The above coverage part is hereby amended as follows:

10%    **STANDARD COMMISSION EXCEPTION**

REAL ESTATE DEVELOPMENT PROPERTY
(T-001)
LOC 31A: STRIPER RUN, WATERMAN ESTATES
ROCK HALL, KENT COUNTY, MD  21661

| | | | | | | (334) | (336) |
|---|---|---|---|---|---|---|---|
| ADD: | 47051 | 10 (T) | 21.333 | INCL | | 213 | INCLUDED |
| | | | | PRO RATA | | 118 | INCLUDED |

|  | (334) | 118 | A.P. |
|---|---|---|---|
| | (336) | | |
| Pro Rata Factor: | 0.553 | | |
| Number Days: | 202 | | |
| | Additional  Premium: | | $118 |

| 06/13/96  /HV/MR | 4801 | JUN 13 1996 |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 7016 01 89

**POLICY CHANGES**                          Endorsement #        6

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | | |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 01/25/96 |

Coverage Part Affected

## COMMERCIAL GENERAL LIABILITY

STANDARD
COMMISSION
EXCEPTION

## CHANGES

)% )

The above coverage part is hereby amended as follows:

MODEL HOMES    (T-001)
LOC 30A: LOT 13, BELLWETHER MANOR
BEAR, NEW CASTLE COUNTY, DE

|  |  |  |  |  |  | (334) | (336) |
|---|---|---|---|---|---|---|---|
| ADD: | 46362 | 1 (U) | 95.659 | INCL | | 96 | INCLUDED |
| | | | | PRO RATA | | 68 | INCLUDED |

|  |  |  |
|---|---|---|
| (334) | 68 | A.P. |
| (336) | | |
| Pro Rata Factor: | 0.704 | |
| Number Days: | 257 | |
| Additional Premium: | | $68 |

| 02/29/96 /HV/MR | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89

**POLICY CHANGES**            Endorsement #    5

| Named Insured: | | |
|---|---|---|
| WHITE OAK BUILDERS INC | Policy Number: | S 1352759 |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 12/01/95 |

Coverage Part Affected

### COMMERCIAL GENERAL LIABILITY

10%            STANDARD COMMISSION EXCEPTION

### CHANGES

The above coverage part is hereby amended as follows:

MODEL HOMES
LOC 25A: 104 SHIM CIRCLE, LIMESTONE,
WILMINGTON, NEW CASTLE COUNTY, DE

| | | | | | | (334) | (336) |
|---|---|---|---|---|---|---|---|
| DELETE: | 46362 | 1 (U) | 95.659 | INCL | | 96 | INCLUDED |
| | | | | PRO RATA | | 83 | INCLUDED |

MODEL HOMES    (T-001)
LOC 29A: LOT 14, BELLWETHER MANOR,
BEAR, NEW CASTLE COUNTY, DE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADD: | 46362 | 1 (U) | 95.659 | INCL | | 96 | INCLUDED |
| | | | | PRO RATA | | 83 | INCLUDED |

Pro Rata Factor:  0.860
Number Days:    314
            Total  Endorsement  Premium:          NIL

| 02/29/96 /HV/MR | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89



# POLICY CHANGES

Endorsement #    4

| Named Insured: | Policy Number: | S 1352759 |
|---|---|---|
| WHITE OAK BUILDERS INC | | |
| (SEE IL7016 0189) | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 11/30/95 |

Coverage Part Affected

## COMMERCIAL GENERAL LIABILITY    /0%    STANDARD COMMISSION EXCEPTION

## CHANGES

The above coverage part is hereby amended as follows:

WAREHOUSES - PRIVATE - OTHER THAN
NOT-FOR-PROFIT
LOC 2A: 60 RAILROAD AVENUE, BEAR,
NEW CASTLE COUNTY, DE

| | | | | | (334) | (336) |
|---|---|---|---|---|---|---|
| DELETE: | 68706 | 1,500  (A) | 21.334 | INCL | 32 | INCLUDED |
| | | | | PRO  RATA | 28 | INCLUDED |

WAREHOUSES - PRIVATE - OTHER THAN
NOT-FOR-PROFIT    (T-001)
LOC 28A: 402 CONNER BLVD., INDUSTRY 40,
PULASKI, BEAR, NEW CASTLE COUNTY, DE

| ADD: | 68706 | 1,000  (A) | 21.334 | INCL | 21 | INCLUDED |
|---|---|---|---|---|---|---|
| | | | | PRO  RATA | 18 | INCLUDED |

|  | | |
|---|---|---|
| (334) | 10 | R.P. |
| (336) | | |

Pro Rata Factor:    0.863
Number Days:    315

Return  Premium:    $10

---

| 02/29/96  /HV/MR | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89

## POLICY CHANGES

Endorsement #   3

| Named Insured: | |
|---|---|
| WHITE OAK BUILDERS INC | |
| (SEE IL7016 0189) | |

| | |
|---|---|
| Policy Number: | S 1352759 |
| Policy Effective Date: | 10/11/95 |
| Endorsement Effective Date: | 11/22/95 |

Coverage Part Affected

### COMMERCIAL GENERAL LIABILITY

*10%*   **STANDARD COMMISSION EXCEPTION**

### CHANGES

The above coverage part is hereby amended as follows:

MODEL HOMES   (T-001)
LOC 27A: LOT 140, LEA EARA FARMS
MIDDLETOWN, DE

| | | | | | | (334) | (336) |
|---|---|---|---|---|---|---|---|
| ADD: | 46362 | 1 (U) | 95.659 | INCL | | 96 | INCLUDED |
| | | | | PRO RATA | | 85 | INCLUDED |

| | | | |
|---|---|---|---|
| | (334) | 85 | A.P. |
| | (336) | | |
| Pro Rata Factor: | 0.885 | | |
| Number Days: | 323 | | |
| | Additional Premium: | | $85 |

| | | |
|---|---|---|
| 02/28/96  /HV/MR | 4801 | |
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89



## POLICY CHANGES

Endorsement #  2

| Named Insured:<br>WHITE OAK BUILDERS INC<br>(SEE IL7016 0189) | Policy Number: S 1352759 |
|---|---|
| | Policy Effective Date:   10/11/95 |
| | Endorsement Effective Date:   10/11/95 |

Coverage Part Affected

COMMERCIAL GENERAL LIABILITY   *10%*   **STANDARD COMMISSION EXCEPTION**

## CHANGES

The above coverage part is hereby amended as follows:

MODEL HOMES
LOC 9A: WELLINGTON WOODS, OFF ROUTE 40,
BEAR, NEW CASTLE COUNTY, DE

| | | | | | (334) | (336) |
|---|---|---|---|---|---|---|
| DELETE: | 46362 | 1 (U) | 95.659 | INCL | 96 | INCLUDED |

MODEL HOMES
LOC 23A: 102 RICHARD LANE, WILMINGTON,
NEW CASTLE COUNTY, DE

| DELETE: | 46362 | 1 (U) | 95.659 | INCL | 96 | INCLUDED |
|---|---|---|---|---|---|---|

|  | (334)<br>(336) | 192 | R.P. |
|---|---|---|---|

Pro Rata Factor:  1.000
Number Days:  365

Return Premium:   $192

| 02/28/96 /HV/MR | 4801 | |
|---|---|---|
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89

*R.J.*

## POLICY CHANGES

| | Endorsement # | 1 |

| Named Insured: | Policy Number: | S 1352759 |
| WHITE OAK BUILDERS INC | Policy Effective Date: | 10/11/95 |
| | Endorsement Effective Date: | 10/11/95 |

Coverage Part Affected:

## COMMERCIAL GENERAL LIABILITY

## CHANGES

The above coverage part is hereby amended as follows:

THE ADDRESS OF LOCATION 11A IS AMENDED TO READ AS FOLLOWS:
SUMMIT BRIDGE ROAD, CENTRAL, MIDDLETOWN, NEW CASTLE COUNTY, DE

TOTAL ENDORSEMENT PREMIUM: NIL

| 02/28/96 /HV/MR | 4801 | |
| Date of Issue | Agent No. | Authorized Representative Signature |

IL 70 16 01 89

# Selective
## INSURANCE
*New to Company*

*Snf .60*

| Replaces Pol.# |
|---|
| S 3208281 |

Policy Number: S 1352759

Policy Effective Date: 10-11-95

Coverage Effective Date:
(Same as Policy Effective Date unless otherwise shown.)

Named Insured is:   [ ] Individual   [X] Corporation

[ ] Partnership   [ ] Joint Venture

[ ] Other

Business of Named Insured:  Carpentry Contractor   *10%*   **STANDARD COMMISSION EXCEPTION**

Insurance is provided only for those coverages for which a specific limit is shown in the following coverage schedule.

## Coverage Schedule

| Coverage | Limits |
|---|---|
| General Aggregate Limit (Other than Products-Completed Operations) | $2,000,000. |
| Products-Completed Operations Aggregate Limit | $2,000,000. |
| Personal and Advertising Injury Limit | $1,000,000. |
| Each Occurrence Limit | $1,000,000. |
| Fire Damage Limit | $   50,000. ANY ONE FIRE |
| Medical Expense Limit | $   5,000. ANY ONE PERSON |
| | |
| | |
| | |

Forms and Endorsements:
F-639 (3/87)       Form 943(3/86)    IL0021 1194       CG2010 1185
IL0017 1185       CG7032 0490    CG0001 1188       CG2147 0989
CG2150 0989       CG2503 1185    CG2504 1185

Premium $    13,979.00
(This premium may be subject to adjustment.)

F-545 (3/87)

# Selective INSURANCE

This schedule lists classifications, exposures, rates and premiums for those coverage parts indicated below:

[X] Commercial General Liability     [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability    [ ] Liquor Liability
         [ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES PREMISES - OPERATIONS | RATES PRODUCTS - COMPLETED OPERATIONS | ADVANCE PREMIUM PREMISES - OPERATIONS | ADVANCE PREMIUM PRODUCTS - COMPLETED OPERATIONS |
|---|---|---|---|---|---|---|
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit | | | |
| CARPENTRY - CONSTRUCTION OF RESIDENTIAL PROPERTY NOT EXCEEDING THREE STORIES IN HEIGHT<br><br>Loc 1A: 1 S Old Baltimore Pike, Newark, New Castle County, DE | 91340# | 600,000.00 (p) | 9.110 | 2.824 | 5,466.00 | 1,694.00 |
| CONTRACTORS - SUBCONTRACTED WORK - IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION,REPAIR OR ERECTION - ONE OR TWO FAMILY DWELLINGS<br><br>Loc 1B: See Loc 1A | 91583 | 3,500,000.00 (c) | 0.243 | 0.516 | 851.00 | 1,806.00 |
| WAREHOUSES - PRIVATE - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 2A: 60 Railroad Avenue Bear, New Castle Co. DE | 68706 | 1,500.00 (a) | 21.334 | INCL. | 32.00 | INCL. |

| Minimum Premium $  208.00 / $  312.00 | Total Advance Premium $ | Cont | Cont |
|---|---|---|---|

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

Your Interest In These Premises: [X] Owner   [ ] General Lessee   [ ] Tenant   [ ]

Part You Occupy: Portion

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-639 (3/87)

# Selective INSURANCE

This schedule lists classifications, exposures, rates and parts indicated below:

[X] Commercial General Liability          [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability  [ ] Liquor Liability
                                          [ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS |
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units<br>t) Acres | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit<br>t) per Acre | | | |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 3A: Summit Bridge Road, East, Middletown, New Castle Co, DE | 49451# | 173.00 (t) | 3.318 | INCL. | 574.00 | INCL. |
| DWELLINGS - ONE-FAMILY (LESSOR'S RISK ONLY)<br><br>Loc 3B: See Loc 3A | 63010 | 1.00 (u) | 25.889 | INCL. | 26.00 | INCL. |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 5A: Rt 40 & 7, Wawa, Bear New Castle County, DE | 49451# | 15.00 (t) | 3.318 | INCL. | 50.00 | INCL. |
| Minimum Premium $     208.00 / $     312.00 | | | Total Advance Premium $ | | Cont | Cont |

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

| Your Interest In These Premises: [X] Owner   [ ] General Lessee   [ ] Tenant   [ ] |
|---|
| Part You Occupy: Portion |

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-539 (3/87)

**Selective** INSURANCE

This schedule lists classifications, exposures, rates and premiums for those coverage parts indicated below:

[X] Commercial General Liability          [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability    [ ] Liquor Liability
                                          [ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS |
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units<br>t) Acre | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit<br>t) per Acre | | | |
| BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY)- OTHER THAN NOT-FOR-PROFIT<br><br>Loc 5B: See Loc 5A | 61217 | 10,068.00 (a) | 26.876 | INCL. | 271.00 | INCL. |
| REAL ESTATE DEVELOPMENT PROPERTY<br><br>Loc 6A: Old Airport Road &<br>195, New Castle Co,<br>DE | 47051 | 3.00 (t) | 22.093 | INCL. | 66.00 | INCL. |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 7A: Taylorstowne,<br>Smalleys Dam Road,<br>Newark, New Castle Co<br>De | 49451# | 19.00 (t) | 3.318 | INCL. | 63.00 | INCL. |

| Minimum Premium $   208.00 / $    312.00 | Total Advance Premium $ | Cont | Cont |
|---|---|---|---|

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

Your Interest In These Premises: [X] Owner   [ ] General Lessee   [ ] Tenant   [ ]

Part You Occupy: Portion

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-639 (3/87)

# Selective INSURANCE

This schedule lists classifications, exposures, rates and premiums for those coverage parts indicated below:

[X] Commercial General Liability          [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability   [ ] Liquor Liability
[ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS |
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units<br>t) Acres | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit<br>t) per Acre | | | |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 8A: Rivers End, Smalleys Dam Road, Newark, New Castle Co, DE | 49451# | 12.00 (t) | 3.318 | INCL. | 40.00 | INCL. |
| MODEL HOMES<br><br>Loc 9A: Wellington Woods, Off Rt 40, Bear, New Castle Co, DE | 46362 | 1.00 (u) | 95.659 | INCL. | 96.00 | INCL. |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 9B: See Loc 9A | 49451# | 40.00 (t) | 3.318 | INCL. | 133.00 | INCL. |
| Minimum Premium $    208.00 / $     312.00 | | | Total Advance Premium $ | | Cont | Cont |

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

Your Interest In These Premises: [X] Owner   [ ] General Lessee   [ ] Tenant   [ ]
Part You Occupy: Portion

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-639 (3/87)

# Selective
### INSURANCE

This schedule lists classifications, exposures, rates and premiums for those coverage parts indicated below:

[X] Commercial General Liability      [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability  [ ] Liquor Liability
        [ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS |
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units<br>t) Acres | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit<br>t) per Acre | | | |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 9C: See Loc 9A | 49451# | 19.00 (t) | 3.318 | INCL. | 63.00 | INCL. |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 10A: Summit Bridge Road,<br>     West, Middletown,<br>     New Castle Co, DE | 49451# | 111.00 (t) | 3.318 | INCL. | 368.00 | INCL. |
| VACANT LAND - OTHER THAN NOT-FOR-PROFIT<br><br>Loc 11A: Summit Bridge Road,<br>Central East, Middletown,<br>     New Castle Co, DE | 49451# | 16.00 (t) | 3.318 | INCL. | 53.00 | INCL. |
| Minimum Premium $    208.00 / $    312.00 | | | Total Advance Premium $ | | Cont | Cont |

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

Your Interest In These Premises: [X] Owner  [ ] General Lessee  [ ] Tenant  [ ]

Part You Occupy: Portion

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-639 (3/87)

# Selective INSURANCE

This schedule lists classifications, exposures, rates and premiums for those coverage parts indicated below:

[X] Commercial General Liability        [ ] Products/Completed Operations
[ ] Owners and Contractors Protective Liability   [ ] Liquor Liability
                                                   [ ]

| CLASSIFICATION | CLASS CODE | PREMIUM BASIS | RATES | | ADVANCE PREMIUM | |
|---|---|---|---|---|---|---|
| | | | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS | PREMISES - OPERATIONS | PRODUCTS - COMPLETED OPERATIONS |
| | | a) Area<br>c) Total Cost<br>p) Payroll<br>s) Gross Sales<br>u) Units<br>t) Acres | a) per 1000 square feet<br>c) per $1000 of Cost<br>p) per $1000 of Payroll<br>s) per $1000 of Sales<br>u) per Unit<br>t) per Acre | | | |
| REAL ESTATE DEVELOPMENT PROPERTY<br><br>Loc 12A: Rt 1 Rehoboth Shore Estates, Rehoboth, Sussex Co, DE | 47051 | 19.00 (t) | 22.093 | INCL. | 420.00 | INCL. |
| BUILDINGS OR PREMISES - BANK OR OFFICE - MERCANTILE OR MANUFACTURING - MAINTAINED BY THE INSURED (LESSOR'S RISK ONLY)- OTHER THAN NOT-FOR-PROFIT<br><br>Loc 13A: 467 Airport Road, New Castle Co, DE | 61217 | 4,000.00 (a) | 26.876 | INCL. | 108.00 | INCL. |
| DWELLINGS - ONE-FAMILY (LESSOR'S RISK ONLY)<br><br>Loc 14A: 800 Ocean Drive, Bethany, Sussex Co, DE | 63010 | 1.00 (u) | 25.889 | INCL. | 26.00 | INCL. |
| Minimum Premium $    208.00 / $    312.00 | | | Total Advance Premium $ | | Cont | Cont |

Location Of All Premises You Own, Rent or Control: (Enter Same if same as Address)
See Above Schedule

Your Interest In These Premises: [X] Owner   [ ] General Lessee   [ ] Tenant   [ ]
Part You Occupy: Portion

This Schedule lists all your premises, operations and other exposures, as they exist as of the Coverage Effective Date.

F-639 (3/87)

BRANCH OFFICE COPY