**CPP 1176871-00**

**GA** **General Accident Insurance**

436 Walnut Street
Philadelphia, PA 19106—1109

# Common Policy Declarations

---

**Policy No.** CPP 1176871-00

Issued by: Potomac Insurance Company of Illinois

**Named Insured and Mailing Address** (No., Street, Township, County, Town or City, State, Zip Code)
**White Oak Builders, Inc. etal**
**See G-5353**
**1 S. Old Baltimore Pike**
**New Castle Co.**
**Newark, DE 19702**

NEW
Renewal of Number

**Policy Period:** From 10/11/1997 to 10/11/1998 at 12:01 A.M., Standard Time at your mailing address shown above.

**Form of Business:** Individual

**Business Description:** 

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

---

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $9,067.00 |
| Commercial General Liability Coverage Part | $19,413.00 |
| Commercial Inland Marine Coverage Part | $1,591.00 |

*PAY ROLL AUDIT DATA TAKEN*

REINSURANCE

**Audit Period:** Not Applicable

TOTAL  $30,071.00

**Premium shown is payable:** $  30,071.00 at inception; $  1st Anniversary; $  2nd Anniversary

---

**Countersigned:** 10/30/1997

By _____
Authorized Representative

427867      J. A. Montgomery Insurance
1011 Centre Road
P.O. Box 470
Wilmington, DE 19899

**BRANCH**

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

IL 00 19 (11-85)    Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984.

Branch Office: Harrisburg Branch Office

# Forms Pull List

Policy Number: CPP 1176871-00

| Number of Copies | Form Number | Edition Date | |
|---|---|---|---|
| 2 | G-5112 | 9-90 | |
| 2 | IL 00 17 | 11-85 | |
| 2 | IL 00 21 | 11-94 | |
| 2 | IL 02 37 | 8-88 | |
| 2 | CP 00 10 | 6-95 | |
| 2 | CP 00 30 | 6-95 | |
| 2 | CP 00 50 | 6-95 | |
| 2 | CP 00 90 | 7-88 | |
| 2 | CP 02 99 | 11-85 | |
| 2 | CP 10 30 | 6-95 | |
| 2 | CP 12 70 | 9-96 | |
| 2 | CG 00 01 | 1-96 | |
| 2 | CG 02 01 | 2-86 | |
| 2 | CG 21 47 | 10-93 | |
| 2 | CG 21 49 | 1-96 | |
| 2 | L-2926 | 7-91 | |
| 2 | L-2954 | 8-92 | Overridden |
| 2 | CM 00 01 | 6-95 | |
| 2 | P-0038 | 1-87 | |
| 2 | P-0039 | 1-87 | |
| 2 | P-0042 | 1-87 | |
| 2 | P-0048 | 1-87 | |
| 2 | P-0055 | 12-93 | |
| 2 | P-0076 | 8-87 | |
| 2 | P-0078 | 1-87 | |
| 2 | P-0296 | 7-94 | |
| 2 | P-0297 | 7-94 | |

# SCHEDULE OF FORMS
## AND ENDORSEMENTS

**Policy Number** CPP 1176871-00

**Named Insured:** *White Oak Builders, Inc. etal*

| Forms and endorsements made part of this policy at the time of issue: | |
|---|---|
| IL 00 19 | 11-85 |
| IL 00 17 | 11-85 |
| IL 00 21 | 11-94 |
| IL 02 37 | 8-88 |
| G-5112 | 9-90 |
| CF 150 | 11-85 |
| CP 00 10 | 6-95 |
| CP 00 30 | 6-95 |
| CP 00 50 | 6-95 |
| CP 00 90 | 7-88 |
| CP 02 99 | 11-85 |
| CP 10 30 | 6-95 |
| CP 12 70 | 9-96 |
| G-5353 | 02-92 |
| CL 150 | 11-85 |
| CG 00 01 | 1-96 |
| CG 02 01 | 2-86 |
| CG 21 47 | 10-93 |
| CG 21 49 | 1-96 |
| L-2926 | 7-91 |
| L-2954 | 8-92 |
| Cl 150 | 11-85 |
| CM 00 01 | 6-95 |
| P-0038 | 1-87 |
| P-0039 | 1-87 |
| P-0042 | 1-87 |
| P-0048 | 1-87 |
| P-0055 | 12-93 |
| P-0076 | 8-87 |
| P-0078 | 1-87 |
| P-0296 | 7-94 |
| P-0297 | 7-94 |

Potomac Insurance
Company of Illinois

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# POLICY ENDORSEMENT FORM

Endorsement
Number  0

| POLICY NUMBER<br><br>CPP 1176871-00 | ENDORSEMENT<br>EFFECTIVE* | COMPANY<br><br>Potomac Insurance Company of<br>Illinois |
|---|---|---|
| NAMED INSURED<br>White Oak Builders, Inc. etal<br>See G-5353<br>1 S. Old Baltimore Pike<br>New Castle Co.<br>Newark, DE 19702 | | AUTHORIZED REPRESENTATIVE<br>J. A. Montgomery Insurance 427867<br>1011 Centre Road<br>P.O. Box 470<br>Wilmington, DE  19899 |

**COVERAGE PARTS AFFECTED**

ALL

This endorsement is subject to all the agreements, conditions and exclusions of the policy.  The policy is amended as indicated below.

NAMED INSURED:

White Oak Builders, Inc.; Smalleys Dam Venture, Inc.; Environmental Resources, Inc.; Cranbrook Development Co.; Carriage Run, Inc; Harmony Crest, Inc.; Soya, Inc.; The American Group; Joseph L. Capano Builders, Inc.; Newbury Village, Inc.; Rt.40 & 7 Venture, Inc.; Gulls Nest, Inc.; Texco, Inc.; Bass Properties, Inc.; Capano Builders, Inc.; Canterbury Village, L.P.; Olde Christiana Management Co., Inc.; FJM, Limited Partnership; Golden Acres, Inc.; Open Spaces, Inc.; Cranbrook Realty; Windhover Company; Kent Company; J.L. Capano Realtor; Christiana Contrete Co., Inc.; Oak Run, Inc.; Christiana Ventures, Inc.; J.O.F.R., Inc.; Tree Lane Associates, Inc.; Cotswold Builders, Inc.; 77 Associates, Inc.; Buttonwood Enterprises, Inc.; JYD, Inc.; Penn Manor, Inc.; J.L. Capano Realty, Inc.; J.L. Capano, Inc.; Wellington Woods Maintenance Corp.; Kensington Maintenance Corp.; Industry 40; Valley Road Maintenance Assoc.; Boothurst L.L.C.; Route 7 & Joint L.L.C.;

*Unless otherwise stated effective from 12:01am Standard Time at your mailing address

Date and Place of Issue:

10/30/1997   CAMP HILL

_____
Authorized Representative Signature

G—5353  (02—92)

Page  1  of  3

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission:  Copyright, ISO Commercial Risk Services, Inc., 1983

BRANCH

Potomac Insurance
Company of Illinois

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY ENDORSEMENT FORM

Endorsement
Number  0

| POLICY NUMBER | ENDORSEMENT EFFECTIVE* | COMPANY |
|---|---|---|
| CPP 1176871-00 | | Potomac Insurance Company of Illinois |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| White Oak Builders, Inc. etal<br>See G-5353<br>1 S. Old Baltimore Pike<br>New Castle Co.<br>Newark, DE 19702 | J. A. Montgomery Insurance 427867<br>1011 Centre Road<br>P.O. Box 470<br>Wilmington, DE 19899 |

### COVERAGE PARTS AFFECTED

ALL

This endorsement is subject to all the agreements, conditions and exclusions of the policy. The policy is amended as indicated below.

NAMED INSURED cont'd:

Lakeside Maintenance Assoc.; Christiana Excavating Company, Inc.; Olde Christiana Concrete Co., Inc.; Genesis Land Development; Genesis Masonry Sand Products; Kensington, Inc.; St. Georges Trust; Raven Glen, Inc.; Capano Communities Inc.; Pemberley, Inc.; Wellington Trust; Black Horse Realty, Inc.; Clair Manor, Inc.; Bear Crossing, LTD; 9244, Inc.; Richards Lane, Inc.; JNC, Inc.; Route 13 Associates, Inc.; Cromwell Properties, Inc.; Springfield Maintenance Assoc.; Rutledge Maintenance Assoc.; Clair Manor Maintenance Assoc.; Rutledge Builders, Inc.; White Oak Builders, Inc.; Pro-To-Cal Realty, Inc.; Capko Custom Homes, Inc.; Wellington Group, Inc.; Hawk's Nest, Inc.; Bellwether Manor, Inc.; Rutledge II Associates, Inc.; Del Investments, Inc.; Capano Enterprises, inc.; Wyndom, Inc.; Glasgow Farms L.L.C.; Bear Trac L.L.C.; Springfield Ventures, Inc.; Caplem, Inc.; HODAV, Inc.; Fox Run Maintenance Assoc.; Westbridge Inc.; Springfields, Inc.; Stone Mill, Inc.;

*Hodev*

*Unless otherwise stated effective from 12:01am Standard Time at your mailing address

Date and Place of Issue:
10/30/1997   CAMP HILL

_____
Authorized Representative Signature

G—5353 (02—92)                                                    Page  2    of  3

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission:  Copyright, ISO Commercial Risk Services, Inc., 1983

BRANCH

Potomac Insurance
Company of Illinois

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## POLICY ENDORSEMENT FORM

Endorsement
Number  0

| POLICY NUMBER | ENDORSEMENT EFFECTIVE* | COMPANY |
|---|---|---|
| CPP 1176871-00 | | Potomac Insurance Company of Illinois |

| NAMED INSURED | AUTHORIZED REPRESENTATIVE |
|---|---|
| White Oak Builders, Inc. etal<br>See G-5353<br>1 S. Old Baltimore Pike<br>New Castle Co.<br>Newark, DE  19702 | J. A. Montgomery Insurance 427867<br>1011 Centre Road<br>P.O. Box 470<br>Wilmington, DE  19899 |

**COVERAGE PARTS AFFECTED**

ALL

This endorsement is subject to all the agreements, conditions and exclusions of the policy. The policy is amended as indicated below.

NAMED INSURED cont'd.:

Salem Trace, Inc.; BGW, Inc., A Delaware Corporation; I Love Italy, Inc.; MBC, Inc.; 600 Delaware Avenue, Inc.; Rivers End, Inc.; Bear Cap Venture, L.L.C.; Rehoboth Shores, Inc.; White Oak Homes, Inc.; River Walk, Inc.; Wellington Homes LLC; Vietri Realty, Inc.; Vietri Management, Inc.; 397 Properties, LLC; Bear Cup LTD; Tree Lane Terrace Maintenance Corp.; Tree Lane Terrace II; 33 Associates, Inc.; Landings Maintenance Association; Wellington Woods Maintenance Association; Springfields Venture, LTD; Alpha Trust Partnership; Valley Road Association; Valley Pointe Maintenance Association; Wilmington Hospitality LLC

*Unless otherwise stated effective from 12:01am Standard Time at your mailing address

Date and Place of Issue:
10/30/1997   CAMP HILL

_____
Authorized Representative Signature

G—5353  (02—92)

Page 3 __ of 3 __

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission:  Copyright, ISO Commercial Risk Services, Inc., 1983
BRANCH

**Potomac Insurance Company of Illinois**

**COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS**

**EFFECTIVE DATE: 10/11/1997**
12:01 A.M., Standard Time
[X] Supplemental Declarations is attached.

POLICY NO. CPP 1176871-00

## BUSINESS DESCRIPTION

Residential Home Builder

## DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 1 | 1 | 1 S. Old Baltimore Pike, Newark, New Castle Co., DE 19702 (Joisted Masonry), Office |
| 3 | 1 | Rtes 40 & 7, Bear, New Castle HD, New Castle Co., DE 19701 (Joisted Masonry), Convenience Store |
| 13 | 1 | 467 Airport Rd., New Castle, New Castle Co., DE 19720 (Joisted Masonry), Vacant |

## COVERAGES PROVIDED— INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN.

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ |
|---|---|---|---|---|---|
| 1 | 1 | Building | 525,000 $400,000 | Special Form | 80% |
| 1 | 1 | Personal Property | $205,000 | Special Form | 80% |
| 1 | 1 | Extra Expense | $50,000 | Special Form | 40%-80%-100% |
| 3 | 1 | Building | $1,000,000 | Special Form | 80% |
| 3 | 1 | Business Income | $130,000 | Special Form | 100% |
| 13 | 1 | Building | $50,000 | Special Form | 80% |

+IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

## OPTIONAL COVERAGES— APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW.

| PREM. NO. | BLDG. NO. | AGREED VALUE EXPIRATION DATE | COVERAGE | AMOUNT | REPLACEMENT COST (X) BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
|---|---|---|---|---|---|---|---|
| 1 | 1 | | | | | X | |
| 3 | 1 | | | | X | | |
| 13 | 1 | | | | X | | |

| PREM. NO. | BLDG. NO. | INFLATION GUARD (Percentage) BUILDING | PERSONAL PROPERTY | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|---|
| | | | | | | |

## MORTGAGE HOLDER(S)

++APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| | | See G-5353 |

## DEDUCTIBLE

$250. EXCEPTIONS: $1,000 Applies to Covered Property

## FORMS AND ENDORSEMENTS

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE:

See Schedule of Forms and Endorsements, 079, attached.

## PREMIUM

Premium Subtotal for this Page          $4,412.00

**BRANCH**

Page  1 of  4

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CF 150 (11-85)          Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission. Copyright, ISO Commercial Risk Services, Inc., 1983, 1984

COMMERCIAL PROPERTY COVERAGE PART          COMMERCIAL PROPERTY
SUPPLEMENTAL DECLARATIONS

POLICY NO. CPP 1176871-00

## DESCRIPTION OF PREMISES

| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| 17 | 1 | 2569 DuPont Hwy, Middletown, New Castle Co., DE 19709  (Frame), Barn |
| 32 | 1 | 1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709 (Joisted Masonry), One Family Dwelling |
| 32 | 2 | 1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709 (Joisted Masonry), One Family Dwelling |
| 32 | 3 | 1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709 (Joisted Masonry), Garage |

## COVERAGES PROVIDED

| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ |
|---|---|---|---|---|---|
| 17 | 1 | Building | $100,000 | Special Form | 80% |
| 32 | 1 | Building | $120,000 | Special Form | 80% |
| 32 | 2 | Building | $823,000 | Special Form | 80% |
| 32 | 3 | Building | $150,000 | Special Form | 80% |

## OPTIONAL COVERAGES

+IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

| | | | AGREED VALUE | | | REPLACEMENT COST (X) | |
|---|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| 17 | 1 | | | | X | | |

| | | INFLATION GUARD (Percentage) | | ++MONTHLY LIMIT OF | ++MAXIMUM PERIOD | ++EXTENDED PERIOD |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | BUILDING | PERSONAL PROPERTY | INDEMNITY (Fraction) | OF INDEMNITY (X) | OF INDEMNITY (Days) |

## MORTGAGE HOLDER(S)

++APPLIES TO BUSINESS INCOME ONLY

| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| | | See G-5353 |

## DEDUCTIBLE

250.   EXCEPTIONS:  $1,000 Applies to Covered Property

## PREMIUM

Premium Subtotal for this Page    $3,043.00

CF 150 (11-85)          Copyright, ISO Commercial Risk Services, Inc., 1983, 1984

**COMMERCIAL PROPERTY COVERAGE PART**          COMMERCIAL PROPERTY
**SUPPLEMENTAL DECLARATIONS**

POLICY NO. CPP 1176871-00

| DESCRIPTION OF PREMISES | | |
|---|---|---|
| PREM. NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
| 32 | 4 | 1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709 (Frame), Horse Barn |
| 34 | 1 | 1601 Concord Pike, Suite 27, Wilmington, New Castle Co., DE 19803 (Non-Combustible), Office |
| 36 | 1 | 430 Rutledge, Bear, New Castle Co., DE 19701 |
| 37 | 1 | 26B Rehoboth Shores Bear, |

| COVERAGES PROVIDED | | | | | |
|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ |
| 32 | 4 | Building | $305,000 | Special Form | 80% |
| 34 | 1 | Improvements & Betterments | $100,000 | Special Form | 80% |
| 34 | 1 | Personal Property | $275,000 | Special Form | 80% |
| 36 | 1 | Bldg | 125,000 | u | |
| 37 | 1 | Bldg | 100,000 | | |
| 37 | 1 | BPP | 25,000 | | |

OPTIONAL COVERAGES                                    +IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

| | | AGREED VALUE | | | REPLACEMENT COST (X) | |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | EXPIRATION DATE | COVERAGE | AMOUNT | BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
| 34 | 1 | | | | X | X |
| | | | | | X | |
| | | | | | | X |

| | | INFLATION GUARD (Percentage) | | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|---|
| PREM. NO. | BLDG. NO. | BUILDING | PERSONAL PROPERTY | | | |

| MORTGAGE HOLDER(S) | | ++APPLIES TO BUSINESS INCOME ONLY |
|---|---|---|
| PREM. NO. | BLDG. NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
| | | See G-5353 |

| DEDUCTIBLE |
|---|
| $250. EXCEPTIONS: $1,000 Applies to Covered Property |

| PREMIUM |
|---|
| Premium Subtotal for this Page          $1,612.00 |

Page  3 of  4

CF 150 (11-85)          Copyright, ISO Commercial Risk Services, Inc., 1983, 1988

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## POLICY ENDORSEMENT FORM

Endorsement
Number  A

| POLICY NUMBER<br><br>CPP 1176871-00 | ENDORSEMENT EFFECTIVE*<br><br>10/11/1997 | COMPANY<br><br>Potomac Insurance Company of Illinois |
|---|---|---|
| **NAMED INSURED**<br>White Oak Builders, Inc. etal<br>See G-5353<br>1 S. Old Baltimore Pike<br>New Castle Co.<br>Newark, DE  19702 | | **AUTHORIZED REPRESENTATIVE**<br>J. A. Montgomery Insurance427867<br>1011 Centre Road<br>P.O. Box 470<br>Wilmington, DE  19899 |

**COVERAGE PARTS AFFECTED**

This endorsement is subject to all the agreements, conditions and exclusions of the policy. The policy is amended as indicated below.

**MORTGAGE HOLDER(S)**

| PREM. NO. | BLDG.NO. | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| 1 | 1 | Delaware Savings Bank, FSB, 921 Orange St., Wilmington, DE 19801 |
| 3 | 1 | CoreStates Bank, N.A., PO Box 3005, Lancaster, PA 17604 |

*Unless otherwise stated effective from 12:01am Standard Time at your mailing address

**Date and Place of Issue:**
10/31/97    CAMP HILL

_____
Authorized Representative Signature

G—5353  (02—92)

Page  4    of  4

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission:  Copyright, ISO Commercial Risk Services, Inc., 1983

**BRANCH**

Potomac Insurance
Company of Illinois

**COMMERCIAL GENERAL LIABILITY
COVERAGE PART DECLARATIONS**

Policy No. CPP 1176871-00

"Revised"

Effective Date: 10/11/1997

12:01 A.M., Standard Time

| LIMITS OF INSURANCE | | |
|---|---|---|
| General Aggregate Limit (Other Than Products—Completed Operations) | $ 2,000,000 | |
| Products—Completed Operations Aggregate Limit | $ 2,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | |
| Each Occurrence Limit | $ 1,000,000 | |
| Fire Damage Limit | $ 50,000 | Any One Fire |
| Medical Expense Limit | $ 5,000 | Any One Person |

**BUSINESS DESCRIPTION AND LOCATION OF PREMISES**

Form of Business: Corporation

Business Description: Residential Home Builder

Location of All Premises You Own, Rent or Occupy:
1  1 S. Old Baltimore Pike, Newark, New Castle Co., DE 19702

**PREMIUM**

| | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC   1 | | | | | | |
| Carpentry - construction of residential property not exceeding three stories in height TERR-001 | 91340 | 320,000 Payroll | 11.241 | 7.307 | $3,597.00 | $2,338.00 |
| Contractors - subcontracted work - in connection with building construction, reconstruction, repair or erection - one or two family dwellings TERR-001 | 91583 | 2,500,000 Total Cost | 1.346 | 1.288 | $3,365.00 | $3,220.00 |
| | | | | Subtotal | $6,962.00 | $5,558.00 |

**FORMS AND ENDORSEMENTS**

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Schedule of Forms and Endorsements, 079, attached.

**BRANCH**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.
CL 150 (Ed. 11-85)          Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1983, 1988

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
|---|

**Location of All Premises You Own, Rent or Occupy:**

    2 Summit Bridge Rd., East Middletown, New Castle Co., DE 19709

## PREMIUM

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate Premises/ Operations | Rate Products/ Completed Operations | Advance Premium Premises/ Operations | Advance Premium Products/ Completed Operations |
|---|---|---|---|---|---|---|
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC  2 | | | | | | |
| Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 10 Acres/Acreage | 2.480 | | $25.00 | |
| Dwellings - one-family (lessor's risk only) (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 63010 | 1 Each | 51.798 | | $52.00 | |
| | | | | Subtotal | $77.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984



# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
| --- |

**Location of All Premises You Own, Rent or Occupy:**
   3 Rtes 40 & 7, Bear, New Castle HD, New Castle Co., DE 19701

| PREMIUM |
| --- |

| | | | Rate | | Advance Premium | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Products/ | | Products/ |
| | | Premium Basis* | Premises/ | Completed | Premises/ | Completed |
| Location/Classification | Code No. | (per 1000 or unit) | Operations | Operations | Operations | Operations |

*The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy.

LOC 3

| Location/Classification | Code No. | Premium Basis* | Premises/Operations Rate | Advance Premium Premises/Operations |
| --- | --- | --- | --- | --- |
| Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 15 Acres/Acreage | 2.480 | $37.00 |
| Buildings or Premises - bank or office - mercantile or manufacturing -maintained by the insured (lessor's risk only) - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 61217 | 10,068 Area | 40.483 | $408.00 |

|  | Subtotal | $445.00 |
| --- | --- | --- |

Copyright, Insurance Services Office, Inc., 1983, 1984

## COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
| --- |

**Location of All Premises You Own, Rent or Occupy:**

5 Old Airport Rd. & I95, New Castle, New Castle Co., DE 19720
6 Taylortowne Smalleys Dam Rd., Newark, New Castle Co., DE 19711

| PREMIUM | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Rate | Advance Premium | |
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 5 Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 3 Acres/Acreage | 29.643 | | $89.00 | |
| LOC 6 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 10 Acres/Acreage | 2.480 | | $25.00 | |
| | | | Subtotal | | $114.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984



## COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
|---|

Location of All Premises You Own, Rent or Occupy:

    7 Rivers End Smalleys Dam Rd., Newark, New Castle Co., DE 19711
    8 Wellington Woods Off Rte 40, Bear, New Castle Co., DE 19701

| PREMIUM |
|---|

| | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 7 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 12 Acres/Acreage | 2.480 | | $30.00 | |
| LOC 8 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 59 Acres/Acreage | 2.480 | | $146.00 | |
| | | | | Subtotal | $176.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984

## COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

   9  Summit Bridge Rd., West Middletown, New Castle Co., DE 19709

  10  Summit Bridge Rd., Central Middletown, New Castle Co., DE 19709

### PREMIUM

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate Premises/ Operations | Rate Products/ Completed Operations | Advance Premium Premises/ Operations | Advance Premium Products/ Completed Operations |
|---|---|---|---|---|---|---|
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC  9 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limits.) See Section V, Definitions TERR-001 | 49451 | 111 Acres/Acreage | 2.480 | | $275.00 | |
| LOC  10 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 16 Acres/Acreage | 2.480 | | $40.00 | |
| | | | Subtotal | | $315.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS



Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
|---|

**Location of All Premises You Own, Rent or Occupy:**

    11 Lot 1, Rte 1, Rehoboth Shores Estates, Rehoboth, Sussex Co., DE 19971

    13 467 Airport Rd., New Castle, New Castle Co., DE 19720

| PREMIUM |
|---|

| | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 11 | | | | | | |
| Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 19 Acres/Acreage | 29.643 | | $563.00 | |
| LOC 13 | | | | | | |
| Vacant Buildings - not factories - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limits.) See Section V, Definitions TERR-001 | 68606 | 4,000 Area | 12.049 | | $48.00 | |
| | | | | Subtotal | $611.00 | |

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

14 800 Ocean Dr., Bethany Beach, Sussex Co., DE 19930
16 St. Georges Hundred, St. Georges, New Castle Co., DE 19733

### PREMIUM

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate Premises/ Operations | Rate Products/ Completed Operations | Advance Premium Premises/ Operations | Advance Premium Products/ Completed Operations |
|---|---|---|---|---|---|---|
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 14 Dwellings - one-family (lessor's risk only) (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 63010 | 1 Each | 51.798 | | $52.00 | |
| LOC 16 Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 30 Acres/Acreage | 2.480 | | $74.00 | |
| | | | | Subtotal | $126.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984

CL 150 (Ed. 11-85)

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
|---|

Location of All Premises You Own, Rent or Occupy:

   17 2569 DuPont Hwy, Middletown, New Castle Co., DE 19709

## PREMIUM

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 17 | | | | | | |
| Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 550 Acres/Acreage | 2.480 | | $1,364.00 | |
| Vacant Buildings - not factories - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 68606 | 1,500 Area | 12.049 | | $18.00 | |
| | | | | Subtotal | $1,382.00 | |

## COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:
   18 1911 Kirkwood Hwy, Newark, New Castle Co., DE 19711

### PREMIUM

|  |  |  | Rate | | Advance Premium | |
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
|---|---|---|---|---|---|---|
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC  18 | | | | | | |
| Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 6.50 Acres/Acreage | 29.643 | | $193.00 | |
| Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 10 Acres/Acreage | 2.480 | | $25.00 | |
| | | | | Subtotal | $218.00 | |

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

## LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:

   19 Rte 273, New Castle, New Castle Co., DE 19720
   24 Stone Mill Development, Bear, New Castle Co., DE 19701

## PREMIUM

| | | | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Premises/ Operations | Products/ Completed Operations | Premises/ Operations | Products/ Completed Operations |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 19 | | | | | | |
| Vacant Land - Other than Not-For-Profit (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 49451 | 20 Acres/Acreage | 2.480 | | $50.00 | |
| LOC 24 | | | | | | |
| Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 32 Acres/Acreage | 29.643 | | $949.00 | |
| | | | | Subtotal | $999.00 | |

Copyright, Insurance Services Office, Inc., 1983, 1984

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

**LOCATION OF PREMISES**

Location of All Premises You Own, Rent or Occupy:

30  Striper Run, Waterman Estates, Rock Hall, MD 21661
32  1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709

**PREMIUM**

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate Premises/ Operations | Rate Products/ Completed Operations | Advance Premium Premises/ Operations | Advance Premium Products/ Completed Operations |
|---|---|---|---|---|---|---|
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC  30 Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 10 Acres/Acreage | 38.869 | | $389.00 | |
| LOC  32 Apartment Buildings (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 60010 | 1 Units | 37.324 | | $37.00 | |
| Subtotal | | | | | $426.00 | |

# COMMERCIAL GENERAL LIABILITY
## EXTENSION OF DECLARATIONS

Policy Number CPP 1176871-00

| LOCATION OF PREMISES |
| --- |

**Location of All Premises You Own, Rent or Occupy:**

32  1442 Bohemia Mill Rd., Middletown, New Castle Co., DE 19709

35  Rtes 40 & 7, Glendale Plaza, Bear, DE 19701

## PREMIUM

| Location/Classification | Code No. | Premium Basis* (per 1000 or unit) | Rate Premises/ Operations | Rate Products/ Completed Operations | Advance Premium Premises/ Operations | Advance Premium Products/ Completed Operations |
| --- | --- | --- | --- | --- | --- | --- |
| *The Premium Basis and Rates are for an annual period while the Advance Premium applies to the entire term of the policy. | | | | | | |
| LOC 32 Dwellings - one-family (lessor's risk only) (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 63010 | 1 Each | 51.798 | | $52.00 | |
| LOC 35 Real Estate Development Property (Including Products and/or Completed Operations. Products-Completed Operations are subject to the General Aggregate Limit.) See Section V, Definitions TERR-001 | 47051 | 34 Acres/Acreage | 29.643 | | $1,008.00 | |

*Loc 36    46362    1 la*

*Loc 37    46362    1 la.*

|  | Subtotal | $1,060.00 | |
| --- | --- | --- | --- |
|  | Total | $12,911.00 | $5,558.00 |
|  | Total Advance Premium | $18,469.00 | |

 **GENERAL ACCIDENT INSURANCE**

# ENDORSEMENT

*This Endorsement Changes The Policy. Please Read It Carefully.*

### Absolute Exclusion - Asbestos Liability

This endorsement modifies insurance provided under the following:

**Commercial General Liability Coverage Part**

This insurance does not apply to:

1.  ''Bodily Injury'', ''Personal Injury'' or ''Property Damage'' arising out of or alleged to have risen out of:

    a.  exposure to asbestos, asbestos fiber, or any material containing asbestos or asbestos products; or

    b.  the removal of asbestos, asbestos fiber, or any material containing asbestos or asbestos products, including, without limitation,

        1.  the costs of asbestos removal; or

        2.  ''property damage'' in the course of effecting such removal.

We shall not be obligated to investigate, or defend the insured against any claim for any liability described above which is asserted against any insured or to pay any judgement entered against any insured for such liability.

**This endorsement must be attached to the Change Endorsement when issued after the policy is written.**
L-2926 7.91

# COMMERCIAL INLAND MARINE
## COVERAGE PART DECLARATIONS

Potomac Insurance
Company of Illinois

**POLICY NO.** CPP 1176871-00                    **EFFECTIVE DATE:** 10/11/1997

Named Insured and Mailing Address(No., Street, Town or City, State, Zip Code)

**White Oak Builders, Inc. etal**
**See G-5353**
**1 S. Old Baltimore Pike**
**New Castle Co.**
**Newark, DE 19702**

POLICY PERIOD:  From 10/11/1997 to 10/11/1998 at 12:01 A.M., Standard Time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

| Business Description |
| --- |
| |

| PREMIUM |
| --- |
| Premium for this Coverage Part $        1,591.00 |

| FORMS AND ENDORSEMENTS |
| --- |
| Forms and Endorsements applying to this coverage part and made part of this policy at time of issue: |

427867          J. A. Montgomery Insurance
                1011 Centre Road
                P.O. Box 470
                Wilmington, DE 19899

### BRANCH

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1983, 1984

CI 150 (11-85)                                              Page ___1__of ___1__

 **General Accident Insurance**

# ENDORSEMENT

Commercial Inland Marine

**This Endorsement Changes the Policy. Please Read It Carefully.**

**Commercial Inland Marine**
**Optional Additional Cause of Loss Form – Theft A**

This endorsement modifies insurance provided under the following:

**Commercial Inland Marine Causes of Loss Form** and _____Miscellaneous Property Coverage Form_____

A.    We will pay for direct physical "loss" to Covered Property caused by or resulting from theft or attempted theft.

B.    But we will not pay for "loss" caused by or resulting from any of the following:

   (1)    Unexplained disappearance;

   (2)    Shortage found upon taking inventory;

   (3)    Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device, or false pretense;

   (4)    Unauthorized instructions to transfer property to any person or any place; or

   (5)    Theft from any unattended vehicle, except theft which occurs during loading and unloading operations, unless such vehicle has a fully enclosed body or compartment and, at the time of theft, all its windows, doors, and compartments were closed and locked and there are visible signs on the vehicle that the theft was the result of forced entry.

   But this exclusion does not apply to your property while it is in the custody of a carrier for hire.



**General Accident
Insurance**

**Commercial
Inland Marine**

## Commercial Inland Marine Causes of Loss Form

This Coverage Form is a part of policy number _____ **CPP 1176871-00** _____ , issued to
(Named Insured) _____ **White Oak Builders, Inc. et al** _____

_____ , as the
interest of any such Company shall appear, at its Agency _____ **J. A. Montgomery, Inc.** _____
located (city and state) _____ **Wilmington, DE** _____

This forms modifies insurance provided by the following: **Miscellaneous Property**
_____ (Coverage Forms(s)).

Words and phrases that appear in quotation marks have special meaning. Refer to **Section D —
Definitions.**

### A.  Covered Causes of Loss

Covered Causes of Loss means **Risks of Direct Physical "Loss"** to Covered Property except
those causes of "loss" listed in the Exclusions.

### B.  Exclusions

1. We will not pay for a "loss" caused directly or indirectly by any of the following. Such
   "loss" is excluded regardless of any other cause or event that contributes concurrently
   or in any sequence to the "loss".

   **a.  Governmental Action**
   Seizure or destruction of property by order of governmental authority.

   But we will pay for acts of destruction ordered by governmental authority and taken
   at the time of a fire to prevent its spread if the fire would be covered under the
   Coverage Form.

   **b.  Nuclear Hazard**
   (1) Any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination from any other
   cause. But we will pay for direct "loss" caused by resulting fire if the fire would
   be covered under the Coverage Form.

   **c.  War and Military Action**
   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending
   against an actual or expected attack, by any government, sovereign or other
   authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by
   governmental authority in hindering or defending against any of these.

   **d.  Earthquake**
   Earthquake, volcanic eruption, landslide, or earth movement.

   But we will pay for direct "loss" caused by resulting fire or explosion if these causes
   of loss would be covered by the Coverage Form.

   This exclusion does not apply to property while it is in transit.

**e. Water**

   (1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

   (2) Water that backs up from a sewer or drain; or

   (3) Water under the ground surface pressing on or flowing or seeping through:

       (a) Foundations, walls, floors or paved surfaces;
       (b) Basements, whether paved or not; or
       (c) Doors, windows or other openings.

   But we will pay for direct "loss" caused by resulting fire or explosion if these causes of "loss" would be covered by the Coverage Form.

   This exclusion does not apply to property while it is in transit.

**2.** We will not pay for a "loss" caused by or resulting from any of the following:

   **a.** Dishonest acts by you, anyone else with an interest in the property, your or their employees or authorized representatives, or anyone entrusted with the property, whether or not acting alone or in collusion with other persons or occurring during the hours of employment.

   But this exclusion does not apply to your property while it is in the custody of a carrier for hire.

   **b.** Delay, loss of use, or loss of market.

   **c.** Artificially generated current creating a short circuit or other electric disturbance within an article covered under the Coverage Form.

   But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under the Coverage Form.

   This exclusion only applies to "loss" to that article in which the disturbance occurs.

   **d.** Processing or work upon the property.

   But we will pay for direct "loss" caused by resulting fire or explosion, if these causes of "loss" would be covered under the Coverage Form.

   **e.** Breakage of tubes, bulbs, lamps, or articles made largely of glass (except lenses).

   But we will pay for such "loss" caused directly by fire, lightning, explosion, windstorm, vandalism, aircraft, or by accident to the vehicle carrying the property, if these causes of "loss" would be covered under the Coverage Form.

   **f.** Theft or attempted theft.

   **g.** Strikes, lockouts, labor disturbances, riots, civil commotion, or the acts of any person or persons participating in such occurrences.

   **h.** Wear and tear, any quality in the property that causes it to damage or destroy itself, hidden or latent defect, gradual deterioration, depreciation; mechanical breakdown; insects, vermin, rodents.

   But we will pay for direct "loss" caused by resulting fire or explosion if these causes of "loss" would be covered under the Coverage Form.

   **i.** Marring or scratching.

   But we will pay for such "loss" caused directly by fire, lightning, explosion, windstom, vandalism, aircraft, or accident to the vehicle carrying the property, if these causes of "loss" would be covered under the Coverage Form.

   **j.** Corrosion, rust, dampness, heat, or cold.

   **k.** Your failure or neglect to take all reasonable steps to protect the Covered Property from further damage during or after a "loss".



**General Accident Insurance**

**Commercial Inland Marine**

## Miscellaneous Property Coverage Form

This Coverage Form is a part of policy number ___CPP 1176871-00___ ,issued to (Named Insured) ___White Oak Builders, Inc. et al___

_____ , as the interest of any such Company shall appear, at its Agency ___J. A. Montgomery, Inc.___ located (city and state) ___Wilmington, DE___ .

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words ''you'' and ''your'' refer to the Named Insured shown in the Declarations. The words ''we'', ''us'' and ''our'' refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section F - Definitions.**

---

**Coverage Summary**

Premium for this Coverage Form    $ _300.00_ –    Rate $ _3.000_

### Limits of Insurance

| Description of property | Limit of Insurance |
|---|---|
|  | $ _____ |
|  | $ _____ |
|  | $ _____ |
| Unscheduled property—but not more than $ _500.00_ on any one article | $ _10,000.00_ |
| Total all property | $ _10,000.00_ |

### Deductible

$ _500.00_

### Optional Additional Causes of Loss

[X] Theft A      [ ] Theft B      [ ] Flood      [ ] Earthquake

## A. Coverage

We will pay for "loss" to Covered Property from any of the Covered Causes of Loss.

1. **Covered Property,** as used in this Coverage Form, means:

   a. Property you own and use in your business; and

   b. Similar property of others in your care, custody or control. But we will cover only to the extent of your legal liability for property of others.

   To be covered, the property must be listed and described with a Limit of Insurance shown, or a Limit of Insurance for Unscheduled Property must be shown, in the above Coverage Summary.

2. **Property Not Covered**
   Covered Property does not include:

   a. Contraband or property in the course of illegal transportation or trade;

   b. Property while in the course of manufacture;

   c. Furniture and fixtures which you customarily do not use away from the premises where you usually keep it;

   d. Accounts, bills, deeds, evidences of debt, money, notes and securities;

   e. Animals;

   f. Automobiles, motor trucks, motorcycles, aircraft or other vehicles or their furnishings or accessories.

3. **Covered Causes of Loss**
   See the applicable Commercial Inland Marine Causes of Loss Form or Forms as shown in the Declarations.

## B. Exclusions

See the applicable Commercial Inland Marine Causes of Loss Form or Forms as shown in the Declarations.

## C. Limits of Insurance

The most we will pay for "loss" in any one occurrence is the applicable Limit of Insurance shown in the Coverage Summary.

The most we will pay for "loss" to Unscheduled Property in any one occurrence is the Limit of Insurance shown in the Coverage Summary for Unscheduled Property, no matter how many articles are lost or damaged in any one occurrence.

## D. Deductible

We will not pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Coverage Summary. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limit of Insurance.



**General Accident
Insurance**

**Commercial
Inland Marine**

## EDP Easy – Rate Coverage Form

This Coverage Form is a part of policy number <u>CPP 1176871-00</u> , issued to
(Named Insured) <u>White Oak Builders, Inc. et al</u>
<u>                                                            </u> , as the
interest of any such Company shall appear, at its Agency <u>J. A. Montgomery, Inc.</u>
located (city and state) <u>Wilmington, DE</u>  .

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine
rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the
Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to **Section
F — Definitions.**

---

| **Coverage Summary** | Premium for this Coverage Form | $ **305.00** |
|---|---|---|

**Coverage Section I Electronic Data Processing "Hardware"**

**Limits of Insurance**

| **Property you own** Location | Address | **Limit of Insurance** |
|---|---|---|
| 1. 1 S. Old Baltimore Pike, Newark, DE | | $ 75,000.00 |
| 2. | | $ |

| **Property you rent, lease, or have in your control** Location | Address | |
|---|---|---|
| 1. | | $ |
| 2. | | $ |

| **Property in transit and temporarily at other premises** | | $ 75,000.00 |
|---|---|---|

**Valuation**

☐ Actual Cash Value    ☒ Replacement Cost

---

**Coverage Section II Electronic Data Processing Software**

| | Limit of Insurance | | |
|---|---|---|---|
| | Automatic | + Increase | = Total |
| Property at location 1. | $ 15,000 | $ 10,000 | $ 25,000 |
| Property at location 2. | $ | $ | $ |
| Property in transit and temporarily at other premises | $ 15,000 | $ -0- | $ 15,000 |

**Coverage Section III Extra Expense**

| | Limit of Insurance | | |
|---|---|---|---|
| | Automatic | + Increase | = Total |
| At location 1. | $ 15,000 | $ -0- | $ 15,000 |
| At location 2. | $ | $ | $ |

**Deductible**

$ 250.00

The Deductible applies to all "loss" under Coverage Sections I, II and III combined.


# ENDORSEMENT

Commercial Inland Marine

**This Endorsement Changes The Policy. Please Read It Carefully.**

### EDP Special Causes of Loss Form

This endorsement modifies insurance provided under the following:

### EDP Easy - Rate Coverage Form

| | |
|---|---|
| Premium for this Endorsement | $ 38.00 |
| Deductible | $ 250.00 |

## A. Coverage

1. Under Coverage Sections I and II we will pay for direct physical "loss" to Covered Property caused by or resulting from any of the following:

   a. Processing or work upon the Covered Property.

   b. Mechanical failure or mechanical breakdown of the Covered Property.

   c. Faulty, inadequate, or defective:

      (1) Design, specifications, workmanship, manufacture, repair, or installation; or

      (2) Materials used in manufacture, repair or installation;
      of all or part of the Covered Property.

   d. Artificially generated current creating a short circuit or other electrical disturbance within the Covered Property.

2. Under Coverage Section III, we will pay the actual and necessary "Extra Expenses" you incur in order to continue your data processing operations during the "Period of Restoration," because of direct physical "loss" to Covered Property caused by or resulting from any of the following:

   a. Processing or work upon the Covered Property.

   b. Mechanical failure or mechanical breakdown of the Covered Property.

   c. Faulty, inadequate, or defective:

      (1) Design, specifications, workmanship, manufacture, repair, or installation; or

      (2) Materials used in manufacture, repair, or installation;
      of all or part of the Covered Property.

   d. Artificially generated current creating a short circuit or other electrical disturbance within the Covered Property.

## B. Deductible

We will not pay for "loss" under this Endorsement in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown above. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.



**General Accident
Insurance**

**Commercial
Inland Marine**

## Schedule

Policy number
CPP 1176871-00

Named Insured
White Oak Builders, Inc. et al

This Schedule Applies To _____ Contractor's Equipment _____ Coverage Form.

| ☐ Location or ☒ Description of Item | Limit of Insurance |
|---|---|
| 1. 1968 Ford Backhoe S#C178759 | $ 13,000.00 |
| 2. Office Trailer | 13,500.00 |
| 3. Hydro Seeder Finn T50 S#BR245 | 15,000.00 |
| 4. 1987 Designer Mobile Office 12 x 40 S#98710954K | 20,312.00 |
| 5. Contents of Item #4 | 12,700.00 |
| 6. Office Trailer S#198736 | 21,482.00 |
| 7. Contents of Item #6 | 2,500.00 |
| 8. Contents of Leased Trailer S#199499 | 4,000.00 |
| 9. Ford Tractor | 1,000.00 |
| 10. Kubota Tractor | 4,000.00 |
| 11. 1991 Lawnmower - Grasshopper | 3,500.00 |
| TOTAL | $ 110,994.00 |

28,000



**General Accident Insurance**

**Commercial Inland Marine**

## Contractor's Equipment Coverage Form

Attached to and made part of policy number ___CPP 1176871-00___.

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy the words "**you**" and "**your**" refer to the Named Insured shown in the Declarations. The words "**we**", "**us**" and "**our**" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F., Definitions** of this Coverage Form.

---

**Coverage Form Declarations**

**Schedule of Property**

**Limit of Insurance**

Description of Property

    See Schedule attached          *28,000*

Total Schedule of Property      $ ~~110,994.00~~

**Unscheduled Property**      $_____

**All Covered Property**      $ ~~110,994.00~~ *28,000*

**Coverage Extensions**    **Rate .550**    **Premium** ~~$610.00~~ *15400*

Additionally Acquired Equipment (See A.4.a. of this Coverage Form) **Rate .468**   **Premium $338.00**
25% of the Schedule of Property 25% of the Limit of Insurance for
all Covered Property or $100,000, whichever is less, for any one item. ☒ Increased to $ **100,000.00**

Rental Expense Reimbursement (See A.4.b. of this Coverage Form)
$2,500 in any one policy period.      ☐ Increased to $ _____

Debris Removal (See A.4.c. of this Coverage Form)
$5,000 in any one occurrence.      ☐ Increased to $ _____

Pollutant Clean Up and Removal (See A.4.d. of this Coverage Form)
$10,000 in any one policy period.

**Deductible**

---

$ __500.00__

## A.  Coverage

We will pay for direct physical "loss" to Covered Property caused by or resulting from any of the Covered Causes of Loss.

### 1.  Covered Property

Covered Property means contractors equipment as scheduled in this Coverage Form Declarations, or on a separate schedule, which is:

a.  Your property; and

b.  Similar property of others for which you may be liable.

### 2.  Property Not Covered

Covered Property does not include:

a.  Automobiles, motor trucks, tractors, trailers or other vehicles designed and principally used for highway transportation; aircraft or watercraft;

b.  Property while airborne;

c.  Property while waterborne except while in transit on a regular ferry;

d.  Property while located underground;

e.  Tools and clothing of your employees;

f.  Contraband or property in the course of illegal transportation or trade; or

g.  Land or water.

### 3.  Covered Causes of Loss

Covered Causes of Loss means Risks of Direct Physical "Loss" to Covered Property except those causes of "loss" listed in Section B., Exclusions.

### 4.  Coverage Extensions

a.  Additionally Acquired Equipment

If during the policy period you acquire additional equipment of a type already covered by this form which you buy, lease, rent or borrow, we will cover such equipment for up to 60 days but not beyond the end of the policy period.

The most we will pay in a "loss" for any one item is the lesser of:

(1)  25% of the Schedule of Property Total shown in this Coverage Form Declarations; or

(2)  $100,000;

CL18
(1-96

CG00 01  01 96

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and i not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other perso or organization qualifying as a Named Insured under this policy. The words "we," "us" and "our" refer to the Company providin this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (Section II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (Section V).

## SECTION I—COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement.**

    a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodi-ly injury" or "property damage" to which this in-surance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (Section III); and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS—COVERAGES A AND B.

    b. This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period.

    c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury."

2. **Exclusions.**

    This insurance does not apply to:

    a. **Expected or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting

from the use of reasonable force to protect persons o property.

b. **Contractual Liability**

    "Bodily injury" or "property damage" for which th insured is obligated to pay damages by reason of th assumption of liability in a contract or agreemen This exclusion does not apply to liability for damage:

        (1) That the insured would have in the absence o the contract or agreement; or

        (2) Assumed in a contract or agreement that is a "insured contract," provided the "bodily injury" o "property damage" occurs subsequent to th execution of the contract or agreement. Solely fo the purposes of liability assumed in an "insure contract," reasonable attorney fees and neces-sary litigation expenses incurred by or for a part other than an insured are deemed to be damage because of "bodily injury" or "property damage, provided:

            (a) Liability to such party for, or for the cost o that party's defense has also been assume in the same "insured contract"; and

            (b) Such attorney fees and litigation expense are for defense of that party against a civil o alternative dispute resolution proceeding i which damages to which this insurance ap plies are alleged.

c. **Liquor Liability**

    "Bodily injury" or "property damage" for which an insured may be held liable by reason of:

        (1) Causing or contributing to the intoxication of an person;

        (2) The furnishing of alcoholic beverages to a perso under the legal drinking age or under the in fluence of alcohol; or

        (3) Any statute, ordinance or regulation relating t the sale, gift, distribution or use of alcoholi beverages.

    This exclusion applies only if you are in the busines of manufacturing, distributing, selling, serving or fur nishing alcoholic beverages.

d. **Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract."

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        (i) If the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii) If the operations are to test for, monitor, clean up, remove, contain, treat,

detoxify or neutralize, or in any wa respond to, or assess the effects of po lutants.

Subparagraph (d)(i) does not apply to "bodil injury" or "property damage" arising out of th escape of fuels, lubricants or other operatin fluids which are needed to perform the norma electrical, hydraulic or mechanical function necessary for the operation of "mobile equip ment" or its parts, if such fuels, lubricants o other operating fluids escape from a vehicle pa designed to hold, store or receive them. Thi exception does not apply if the fuels, lubricant or other operating fluids are intentionally dis charged, dispersed or released, or if such fuels lubricants or other operating fluids are brough on or to the premises, site or location with th intent to be discharged, dispersed or released a part of the operations being performed by suc insured, contractor or subcontractor.

Subparagraphs (a) and (d)(i) do not apply t "bodily injury" or "property damage" arising ou of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means on which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost or expense arising out of any:

    (a) Request, demand or order that any insure or others test for, monitor, clean up, remove contain, treat, detoxify or neutralize, or in an way respond to, or assess the effects c pollutants; or

    (b) Claim or suit by or on behalf of a governmen tal authority for damages because of testin for, monitoring, cleaning up, removing, con taining, treating, detoxifying or neutralizin or in any way responding to, or assessing th effects of pollutants.

Pollutants means any solid, liquid, gaseous or therma irritant or contaminant, including smoke, vapor, soo fumes, acids, alkalis, chemicals and waste. Wast includes materials to be recycled, reconditioned c reclaimed.

g. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of th ownership, maintenance, use or entrustment t others of any aircraft, "auto" or watercraft owned c operated by or rented or loaned to any insured. Us includes operation and "loading or unloading."

This exclusion does not apply to:

(1) A watercraft while ashore on premises you ow or rent;

(2) A watercraft you do not own that is:

    (a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment."

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage to Property**

"Property damage" to:

(1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply t "property damage" included in the "products-com pleted operations hazard."

**k. Damage to Your Product**

"Property damage" to "your product" arising out of or any part of it.

**l. Damage to Your Work**

"Property damage" to "your work" arising out of it any part of it and included in the "products-complete operations hazard."

This exclusion does not apply if the damaged work the work out of which the damage arises was per formed on your behalf by a subcontractor.

**m. Damage to Impaired Property or Property Not Phys cally Injured**

"Property damage" to "impaired property" or propert that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerou condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on you behalf to perform a contract or agreement i accordance with its terms.

This exclusion does not apply to the loss of use other property arising out of sudden and accident physical injury to "your product" or "your work" afte it has been put to its intended use.

**n. Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense in curred by you or others for the loss of use, withdrawa recall, inspection, repair, replacement, adjustmen removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn recalled from the market or from use by any perso or organization because of a known or suspecte defect, deficiency, inadequacy or dangerous conditio in it.

Exclusions c. through n. do not apply to damage by fir to premises while rented to you or temporarily occupie by you with permission of the owner. A separate limit insurance applies to this coverage as described in LIMIT OF INSURANCE (Section III).

**COVERAGE B. PERSONAL AND ADVERTISING INJUR LIABILITY**

**1. Insuring Agreement.**

a. We will pay those sums that the insured become legally obligated to pay as damages because of "per sonal injury" or "advertising injury" to which thi insurance applies. We will have the right and duty t defend the insured against any "suit" seeking thos

Form No: CG 00 0͏͏
01 9͏͏

Page 4 of 11

damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS—COVERAGES A AND B.

b.  This insurance applies to:

(1) "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

(2) "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

2.  Exclusions.

This insurance does not apply to:

a.  "Personal injury" or "advertising injury":

(1) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(2) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(3) Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

(5) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

b.  "Advertising injury" arising out of:

(1) Breach of contract, other than misappropriation of advertising ideas under an implied contract;

(2) The failure of goods, products or services to conform with advertised quality or performance;

(3) The wrong description of the price of goods͏ products or services; or

(4) An offense committed by an insured whose bus͏ ness is advertising, broadcasting, publishing ͏ telecasting.

c.  Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured ͏ others test for, monitor, clean up, remove, con͏ tain, treat, detoxify or neutralize, or in any wa͏ respond to, or assess the effects of pollutants; ͏

(2) Claim or suit by or on behalf of a governmenta͏ authority for damages because of testing fo͏ monitoring, cleaning up, removing, containing͏ treating, detoxifying or neutralizing, or in any wa͏ responding to, or assessing the effects of po͏ lutants.

Pollutants means any solid, liquid, gaseous or therm͏ irritant or contaminant, including smoke, vapor, soo͏ fumes, acids, alkalis, chemicals and waste. Waste in͏ cludes materials to be recycled, reconditioned o͏ reclaimed.

# COVERAGE C. MEDICAL PAYMENTS

1.  Insuring Agreement.

a.  We will pay medical expenses as described below fo͏ "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage te͏ ritory" and during the policy period;

(2) The expenses are incurred and reported to u͏ within one year of the date of the accident; and͏

(3) The injured person submits to examination, at ou͏ expense, by physicians of our choice as often a͏ we reasonably require.

b.  We will make these payments regardless of faul͏ These payments will not exceed the applicable lim͏ of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an acciden͏

(2) Necessary medical, surgical, x-ray and dent͏ services, including prosthetic devices; and

(3) Necessary ambulance, hospital, profession͏ nursing and funeral services.

2.  Exclusions.

We will not pay expenses for "bodily injury":

a.  To any insured.

b.  To a person hired to do work for or on behalf of an͏ insured or a tenant of any insured.

c.  To a person injured on that part of premises you ow͏ or rent that the person normally occupies.