**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC.,** *et al.* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SELECTIVE WAY INSURANCE** | ) | **C.A. No. 05-309 (KAJ)** |
| **COMPANY a/k/a SELECTIVE** | ) | |
| **INSURANCE GROUP INC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

CERTIFICATE OF SERVICE

    I, Amy Evans, hereby certify that on November 4, 2005 I caused to be served a true and correct copy of the *Stipulation to Allow Amended Complaint* upon the following as indicated.

<u>VIA U.S. MAIL</u>
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

                                         /s/ Amy Evans
                                     Amy Evans (Bar I.D. No. 3829)