d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard."

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS—COVERAGES A AND B**

We will pay, with respect to any claim we investigate or settle or any "suit" against an insured we defend:

1. All expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work.

5. All costs taxed against the insured in the "suit."

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit," we will defend that indemnitee if all the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears

to exist between the interests of the insured and th interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct an control the defense of that indemnitee against such "suit and agree that we can assign the same counsel to defen the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settle ment or defense of the "suit";

(b) Immediately send us copies of any demands notices, summonses or legal papers received i connection with the "suit";

(c) Notify any other insurer whose coverage is avai able to the indemnitee; and

(d) Cooperate with us with respect to coordinatin other applicable insurance available to the ir demnitee; and

(2) provides us with written authorization to:

(a) Obtain records and other information related t the "suit"; and

(b) Conduct and control the defense of the indem nitee in such "suit."

So long as the above conditions are met, attorneys fee incurred by us in the defense of that indemnitee, necessar litigation expenses incurred by us and necessary litigatio expenses incurred by the indemnitee at our request will be pai as Supplementary Payments. Notwithstanding the provision of paragraph 2.b.(2) of COVERAGE A — BODILY INJURY ANI PROPERTY DAMAGE LIABILITY (Section I — Coverages, such payments will not be deemed to be damages for "bodil injury" and "property damages" and will not reduce the limit of insurance.

Our obligation to defend an insured's indemnitee and to pa for attorneys fees and necessary litigation expenses as Sup plementary Payments ends when:

a. We have used up the applicable limit of insurance in th payment of judgements or settlements; or

b. The conditions set forth above, or the terms of th agreement described in paragraph f. above, are no longe met.

**SECTION II—WHO IS AN INSURED**

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, bu only with respect to the conduct of a business c which you are the sole owner.

b. A partnership or joint venture, you are an insured Your members, your partners and their spouses ar also insureds, but only with respect to the conduct c your business.

c. A limited liability company, you are an insured. You members are also insureds, but only with respect t

the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees," other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

(1) "Bodily injury" or "personal injury":

(a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

(b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

(c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

(d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

(a) Owned, occupied or used by,

(b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees," any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III—LIMITS OF INSURANCE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Persons or organizations making claims or bringing "suits."

2. The General Aggregate Limit is the most we will pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c. Damages under Coverage B.

3. The Products Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard."

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence."

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV—COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit.**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

   a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

   A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

   b. **Excess Insurance**

      This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

(1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(2) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit." If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c.  **Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

5.  **Premium Audit.**

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b.  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c.  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

6.  **Representations.**

By accepting this policy, you agree:

a.  The statements in the Declarations are accurate an complete;

b.  Those statements are based upon representation you made to us; and

c.  We have issued this policy in reliance upon you representations.

7.  **Separation Of Insureds.**

Except with respect to the Limits of Insurance, and an rights or duties specifically assigned in this Coverage Pa to the first Named Insured, this insurance applies:

a.  As if each Named Insured were the only Name Insured; and

b.  Separately to each insured against whom claim i made or "suit" is brought.

8.  **Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of an payment we have made under this Coverage Part, thos rights are transferred to us. The insured must do nothin after loss to impair them. At our request, the insured wi bring "suit" or transfer those rights to us and help u enforce them.

9.  **When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will ma or deliver to the first Named Insured shown in the Decla rations written notice of the nonrenewal not less than 3 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proc of notice.

**SECTION V—DEFINITIONS**

1.  "Advertising injury" means injury arising out of one or mor of the following offenses:

a.  Oral or written publication of material that slander or libels a person or organization or disparages person's or organization's goods, products or service:

b.  Oral or written publication of material that violates person's right of privacy;

c.  Misappropriation of advertising ideas or style of doin business; or

d.  Infringement of copyright, title or slogan.

2.  "Auto" means a land motor vehicle, trailer or semitraile designed for travel on public roads, including any attache machinery or equipment. But "auto" does not includ "mobile equipment."

3.  "Bodily injury" means bodily injury, sickness or diseas sustained by a person, including death resulting from an of these at any time.

4.  "Coverage territory" means:

a.  The United States of America (including its territorie and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

   (1) The injury or damage arises out of:

     (a) Goods or products made or sold by you in the territory described in **a.** above; or

     (b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

   (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work," that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or

"property damage" to a third person or organizatior Tort liability means a liability that would be impose by law in the absence of any contract or agreement Paragraph **f.** does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" c "property damage" arising out of construction c demolition operations, within 50 feet of an railroad property and affecting any railroad bridg or trestle, tracks, road beds, tunnel, underpass c crossing;

   (2) That indemnifies an architect, engineer or sur veyor for injury or damage arising out of:

     (a) Preparing, approving or failing to prepare c approve, maps, shop drawings, opinion: reports, surveys, field orders, change orde or drawings and specifications; or

     (b) Giving directions or instructions, or failing t give them, if that is the primary cause of th injury or damage; or

   (3) Under which the insured, if an architect, enginee or surveyor, assumes liability for injury or damag arising out of the insured's rendering or failure t render professional services, including thos listed in **(2)** above and supervisory, inspectior architectural or engineering activities.

9. "Leased worker" means a person leased to you by a labc leasing firm under an agreement between you and th labor leasing firm, to perform duties related to the conduc of your business. "Leased worker" does not include "temporary worker."

10. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepte for movement into or onto an aircraft, watercraft c "auto";

b. While it is in or on an aircraft, watercraft or "auto" or

c. While it is being moved from an aircraft, watercra or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movemer of property by means of a mechanical device, other tha a hand truck, that is not attached to the aircraft, watercra or "auto."

11. "Mobile equipment" means any of the following types c land vehicles, including any attached machinery or equip ment:

a. Bulldozers, farm machinery, forklifts and othe vehicles designed for use principally off public road:

b. Vehicles maintained for use solely on or next t premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintaine primarily to provide mobility to permanently mountec

    (1) Power cranes, shovels, loaders, diggers or drills; or

    (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    (2) Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

  However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

    (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury," arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

  **e.** Oral or written publication of material that violates a person's right of privacy.

**14.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent an arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      (a) When all of the work called for in you contract has been completed.

      (b) When all of the work to be done at the jo site has been completed if your contract call for work at more than one job site.

      (c) When that part of the work done at a job sit has been put to its intended use by an person or organization other than anothe contractor or subcontractor working on th same project.

  Work that may need service, maintenance, correction, repair or replacement, but which is otherwis complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage arising out of:

    (1) The transportation of property, unless the injur or damage arises out of a condition in or on vehicle not owned or operated by you and tha condition was created by the "loading or unloac ing" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment c abandoned or unused materials; or

    (3) Products or operations for which the classifica tion, listed in the Declarations or in a polic schedule, states that products-completed opera tions are subject to the General Aggregate Limi

**15.** "Property damage" means:

  **a.** Physical injury to tangible property, including a resulting loss of use of that property. All such loss c use shall be deemed to occur at the time of th physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physicall injured. All such loss of use shall be deemed to occu at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages be cause of "bodily injury," "property damage," "person injury" or "advertising injury" to which this insuranc applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages ar claimed and to which the insured must submit or doe submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding i which such damages are claimed and to which th insured submits with our consent.

Form No:  CG 00 01
01 96
Page 11 of 11

17. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

18. "Your product" means:

   a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      (1) You;

      (2) Others trading under your name; or

      (3) A person or organization whose business or assets you have acquired; and

   b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

   b. The providing of or failure to provide warnings or instructions.

   "Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

19. "Your work" means:

   a. Work or operations performed by you or on your behalf; and

   b. Materials, parts or equipment furnished in connection with such work or operations.

   "Your work" includes:

   a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

   b. The providing of or failure to provide warnings or instructions.



# Important Notice to Policyholders

**Work performed by adequately insured subcontractors**

On occasion you may rely on subcontractors to perform certain jobs. **This important notice contains information that could significantly reduce the cost of your liability insurance.** Please read it carefully.

G-5112 Rev. 9.90

GU 26
(11-8!

IL 00 17 11 85

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A.  CANCELLATION**

1.  The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2.  We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a.  10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

    b.  30 days before the effective date of cancellation if we cancel for any other reason.

3.  We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4.  Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6.  If notice is mailed, proof of mailing will be sufficient proof of notice.

**B.  CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C.  EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D.  INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1.  Make inspections and surveys at any time;

2.  Give you reports on the conditions we find; and

3.  Recommend changes.

    Any inspections, surveys, reports or recommendations relate only to insurability and the premiums t be charged. We do not make safety inspections. W do not undertake to perform the duty of any perso or organization to provide for the health or safety c workers or the public. And we do not warrant tha conditions:

1.  Are safe or healthful; or

2.  Comply with laws, regulations, codes or standards

This condition applies not only to us, but also to an rating, advisory, rate service or similar organizatio which makes insurance inspections, surveys, reports c recommendations.

**E.  PREMIUMS**

The first Named Insured shown in the Declarations:

1.  Is responsible for the payment of all premiums, an

2.  Will be the payee for any return premiums we pay

**F.  TRANSFER OF YOUR RIGHTS AND DUTIES UNDEI THIS POLICY**

Your rights and duties under this policy may not b transferred without our written consent except in th case of death of an individual named insured.

If you die, your rights and duties will be transferred t your legal representative but only while acting within th scope of duties as your legal representative. Until you legal representative is appointed, anyone having prope temporary custody of your property will have your right and duties but only with respect to that property.

IL 00 21   11 94

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spen fuel" or "waste" at any time possessed, handled used, processed, stored, transported or dispose of by or on behalf of an "insured"; or

        (3) The "bodily injury" or "property damage" arise out of the furnishing by an "insured" of services materials, parts or equipment in connection wit the planning, construction, maintenance, opera tion or use of any "nuclear facility", but if suc facility is located within the United States c America, its territories or possessions or Canada this exclusion (3) applies only to "property dam age" to such "nuclear facility" and any propert thereat.

2.  As used in this endorsement:

    "Hazardous properties" include radioactive, toxic or ex plosive properties;

    "Nuclear material" means "source material", "special nu clear material" or "by-product material";

    "Source material", "special nuclear material", and "by product material" have the meanings given them in th Atomic Energy Act of 1954 or in any law amendator thereof;

    "Spent fuel" means any fuel element or fuel componen solid or liquid, which has been used or exposed to radia tion in a "nuclear reactor";

    "Waste" means any waste material (a) containing "by product material" other than the tailings or wastes pro duced by the extraction or concentration of uranium c thorium from any ore processed primarily for its "sourc material" content, and (b) resulting from the operation b any person or organization of any "nuclear facility" in cluded under the first two paragraphs of the definition c "nuclear facility".

    "Nuclear facility" means:

    (a) Any "nuclear reactor";

| Form No: | IL 00 21 |
| | 11 94 |
| Page 2 of 2 | |

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of special "nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or plac[e] prepared or used for the storage or disposal o[f] "waste";

and includes the site on which any of the foregoing i[s] located, all operations conducted on such site and a[ll] premises used for such operations;

"Nuclear reactor" means any apparatus designed or use[d] to sustain nuclear fission in a self-supporting chain reac[-] tion or to contain a critical mass of fissionable material[;]

"Property damage" includes all forms of radioactive con[-] tamination of property.

GU 311
(8-8

IL 02 37  08 88

# DELAWARE CHANGES - TERMINATION PROVISIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL CRIME--SAFE DEPOSITORY LIABILITY COVERAGE FORM M**
**COMMERCIAL CRIME--LIABILITY FOR GUESTS' PROPERTY PREMISES COVERAGE FORM L**
**COMMERCIAL CRIME--LIABILITY FOR GUESTS' PROPERTY SAFE DEPOSIT BOX COVERAGE FORM K**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**
**FARM COVERAGE PART**
**POLLUTION LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

A. With respect to the:

FARM PROPERTY COVERAGE FORM; and COMMERCIAL PROPERTY COVERAGE PART;

if the policy covers a building that contains no more than 4 dwelling units, one of which is the insured's principal place of residence, or covers the insured's household personal property in a residential building, the following applies:

1. Paragraph 2. of the CANCELLATION Common Policy Condition is replaced by the following:

   2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation along with the reasons for cancellation at least:

      a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

      b. 30 days before the effective date of cancellation if we cancel for any other reason.

      After coverage has been in effect for more than 60 days or after the effective date of renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

      (1) Nonpayment of premium;

      (2) Discovery of fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy or in presenting a claim under the policy;

      (3) Discovery of willful or reckless acts or omissions on your part that increase any hazard insured against;

      (4) The occurrence of a change in the risk that substantially increases any hazard insured against; after insurance coverage has been issued or renewed;

      (5) A violation of any local fire, health, safety, building or construction regulation or ordinance with respect to any covered property

or its occupancy that substantially increase any hazard insured against;

      (6) A determination by the Insurance Commissioner that the continuation of the polic would place us in violation of the Delawar insurance laws; or

      (7) Real property taxes owing on the insure property have been delinquent for two c more years and continue delinquent at th time notice of cancellation is issued.

2. The following Condition is added:

   **NONRENEWAL**

   a. If we decide not to renew this policy, we will ma or deliver written notice of nonrenewal to the fir Named Insured, at least 30 days before th expiration date, or the anniversary date if this a policy written for a term of more than one yea or with no fixed expiration date.

   b. Any notice of nonrenewal will include th reason(s) for nonrenewal and will be mailed delivered to the first Named Insured at the la mailing address known to us.

   c. If notice is mailed, proof of mailing will be suff cient proof of notice.

3. If CANCELLATION CHANGES CP 02 99 is attache to the Commercial Property Coverage Part, Paragrap **E.2.** of that form is replaced by the following:

   2. Pay property taxes that are owing and have bee outstanding for more than two years following th date due, except that this provision will not appl where you are in a bona fide dispute with th taxing authority regarding payment of such taxe:

B. With respect to the:

COMMERCIAL CRIME - SAFE DEPOSITORY LIABILIT COVERAGE FORM M;

COMMERCIAL CRIME - LIABILITY FOR GUEST' PROPERTY PREMISES COVERAGE FORM L;

COMMERCIAL CRIME - LIABILITY FOR GUEST' PROPERTY SAFE DEPOSIT BOX COVERAGE FORM K;

| Form No: | IL 02 3? |
|---|---|
| | 08 8ς |
| Page 2 of 2 | |

COMMERCIAL GENERAL LIABILITY COVERAGE FORM;

COMMERCIAL PROPERTY - LEGAL LIABILITY COVERAGE FORM;

COMMERCIAL PROPERTY - MORTGAGE HOLDER'S ERRORS AND OMISSIONS COVERAGE FORM;

FARM LIABILITY COVERAGE FORM;

LIQUOR LIABILITY COVERAGE FORM;

POLLUTION LIABILITY COVERAGE FORM; and

PRODUCTS/COMPLETED OPERATIONS COVERAGE FORM;

the following Condition is added and supersedes any other condition to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail ς deliver written notice of nonrenewal to the first Name Insured, at least 60 days before the expiration date or the anniversary date if this is a policy written for term of more than one year or with no fixed expiratio date.

2. Any notice of nonrenewal will be mailed or delivere to the first Named Insured at the last mailing addres known to us.

3. If notice of nonrenewal is mailed, it will be sent b certified mail.

CF16
(6-9!

CP 00 10    06 95

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and i not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H—DEFINITIONS.

## A.  COVERAGE

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1.  Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

a.  **Building**, meaning the building or structure described in the Declarations, including:

(1)  Completed additions;

(2)  Fixtures, including outdoor fixtures;

(3)  Permanently installed:

(a)  Machinery and

(b)  Equipment;

(4)  Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a)  Fire extinguishing equipment;

(b)  Outdoor furniture;

(c)  Floor coverings;

(d)  Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5)  If not covered by other insurance:

(a)  Additions under construction, alterations and repairs to the building or structure;

(b)  Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

b.  **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property—Separation of Coverage form:

(1)  Furniture and fixtures;

(2)  Machinery and equipment;

(3)  "Stock";

(4)  All other personal property owned by you an used in your business;

(5)  Labor, materials or services furnished or ai ranged by you on personal property of others

(6)  Your use interest as tenant in improvement and betterments. Improvements and better ments are fixtures, alterations, installation or additions:

(a)  Made a part of the building or structur you occupy but do not own; and

(b)  You acquired or made at your expens but cannot legally remove;

(7)  Leased personal property for which you hav a contractual responsibility to insure, unles otherwise provided for under Person Property of Others.

c.  **Personal Property of Others** that is:

(1)  In your care, custody or control; and

(2)  Located in or on the building described in th Declarations or in the open (or in a vehicle within 100 feet of the described premises.

However, our payment for loss of or damage t personal property of others will only be for th account of the owner of the property.

### 2.  Property Not Covered

Covered Property does not include:

a.  Accounts, bills, currency, deeds, food stamps c other evidences of debt, money, notes c securities. Lottery tickets held for sale are nc securities;

b.  Animals, unless owned by others and boarded b you, or if owned by you, only as "stock" whil inside of buildings;

c.  Automobiles held for sale;

d.  Bridges, roadways, walks, patios or other pave surfaces;

e.  Contraband, or property in the course of illeg transportation or trade;

f.  The cost of excavations, grading, backfilling c filling;

g.  Foundations of buildings, structures, machiner or boilers if their foundations are below:

(1)  The lowest basement floor; or

(2) The surface of the ground, if there is no basement;

h. Land (including land on which the property is located), water, growing crops or lawns;

i. Personal property while airborne or waterborne;

j. Bulkheads, pilings, piers, wharves or docks;

k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

l. Retaining walls that are not part of a building;

m. Underground pipes, flues or drains;

n. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

o. Vehicles or self-propelled machines (including aircraft or watercraft) that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises.

This paragraph does not apply to:

(1) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

(2) Vehicles or self-propelled machines, other than autos, you hold for sale; or

(3) Rowboats or canoes out of water at the described premises;

p. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

## 3. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

## 4. Additional Coverages

### a. Debris Removal

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) The most we will pay under this Additiona Coverage is 25% of:

(a) The amount we pay for the direct phys cal loss of or damage to Covered Proper ty; plus

(b) The deductible in this policy applicabl to that loss or damage.

But this limitation does not apply to an additional debris removal limit provided i the Limits of Insurance section.

(3) This Additional Coverage does not apply t cost to:

(a) Extract "pollutants" from land or wate or

(b) Remove, restore or replace polluted lan or water.

### b. Preservation of Property

If it is necessary to move Covered Property fror the described premises to preserve it from loss c damage by a Covered Cause of Loss, we will pa for any direct physical loss or damage to tha property:

(1) While it is being moved or while temporaril stored at another location; and

(2) Only if loss or damage occurs within 30 day after the property is first moved.

### c. Fire Department Service Charge

When the fire department is called to save c protect Covered Property from a Covered Caus of Loss, we will pay up to $1000 for your liabilit for fire department service charges:

(1) Assumed by contract or agreement prior t loss; or

(2) Required by local ordinance.

No Deductible applies to this Additiona Coverage.

### d. Pollutant Clean Up and Removal

We will pay your expense to extract "pollutant: from land or water at the described premises the discharge, dispersal, seepage, migratior release or escape of the "pollutants" is caused b or results from a Covered Cause of Loss tha occurs during the policy period. The expenses wi be paid only if they are reported to us in writin within 180 days of the date on which th Covered Cause of Loss occurs.

This Additional Coverage does not apply to cost to test for, monitor or assess the existence, cor centration or effects of "pollutants". But we wi pay for testing which is performed in the cours of extracting the "pollutants" from the land c water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**5.  Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a.  Newly Acquired or Constructed Property**

(1) You may extend the insurance that applies to Building to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at locations, other than the described premises, intended for:

(i) Similar use as the building described in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

(2) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

(3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

(a) This policy expires;

(b) 30 days expire after you acquire or begin to construct the property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

**b.  Personal Effects and Property of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

(1) Personal effects owned by you, your officers, your partners or your employees. This exten-

sion does not apply to loss or damage b theft.

(2) Personal property of others in your care custody or control.

The most we will pay for loss or damage unde this Extension is $2500 at each describe premises. Our payment for loss of or damage t personal property of others will only be for th account of the owner of the property.

**c.  Valuable Papers and Records — Cost of Re search**

You may extend the insurance that applies t Your Business Personal Property to apply to you costs to research, replace or restore the lo: information on lost or damaged valuable paper and records, including those which exist o electronic or magnetic media, for which dupl cates do not exist. The most we will pay unde this Extension is $2500 at each describe premises, unless a higher limit is shown in th Declarations.

**d.  Property Off-Premises**

You may extend the insurance provided by thi Coverage Form to apply to your Covered Propert other than "stock," that is temporarily at a loca tion you do not own, lease or operate. Thi Extension does not apply to Covered Property:

(1) In or on a vehicle;

(2) In the care, custody or control of you salespersons; or

(3) At any fair or exhibition.

The most we will pay for loss or damage unde this Extension if $10,000.

**e.  Outdoor Property**

You may extend the insurance provided by thi Coverage Form to apply to your outdoor fence: radio and television antennas (including satellit dishes), signs (other than signs attached to builc ings), trees, shrubs and plants (other tha "stock" of trees, shrubs or plants), includin debris removal expense, caused by or resultin from any of the following causes of loss if the are Covered Causes of Loss:

(1) Fire;

(2) Lightning;

(3) Explosion;

(4) Riot or Civil Commotion; or

(5) Aircraft.

The most we will pay for loss or damage unde this Extension is $1000, but not more than $25 for any one tree, shrub or plant. These limit apply to any one occurrence, regardless of th

types or number of items lost or damaged in that occurrence.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in the Declarations.

## C. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Preservation of Property; or
2. Debris Removal; but if:
   a. The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or
   b. The debris removal expense exceeds the amount payable under the 25% limitation in the Debris Removal Additional Coverage;

   we will pay up to an additional $10,000 for each location in any one occurrence under the Debris Removal Additional Coverage.

## D. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limit of Insurance, after any deduction required by the Coinsurance condition or the Agreed Value Optional Coverage.

When the occurrence involves loss to more than one item of Covered Property and more than one Limit of Insurance applies, the Deductible will reduce the total amount of loss payable if loss to at least one item is less than the sum of (1) the Limit of Insurance applicable to that item plus (2) the Deductible.

### Example No. 1:

(This example assumes there is no coinsurance penalty.)

Deductible: $250

Limit of Insurance - Bldg. 1:   $60,000
Limit of Insurance - Bldg. 2:   $80,000

Loss to Bldg. 1:   $60,100
Loss to Bldg. 2:   $90,000

The amount of loss to Bldg. 1 ($60,100) is less than th sum ($60,250) of the Limit of Insurance applicable t Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of los in calculating the loss payable for Bldg. 1:

$60,100
-   250
$59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefor is not subtracted in determining the amount of los payable for Bldg. 2. Loss payable for Bldg. 2 is the Lim of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

### Example No. 2:

(This example, too, assumes there is no coinsuranc penalty.)

The Deductible and Limits of Insurance are the same a those in Example No. 1.

Loss to Bldg. 1:   $70,000
(exceeds Limit of Insurance plus Deductible)
Loss to Bldg. 2:   $90,000
(exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1:   $60,000 (Limit of Insurance)
Loss Payable - Bldg. 2:   $80,000 (Limit of Insurance)
Total amount of loss payable: $140,000

## E. LOSS CONDITIONS

The following conditions apply in addition to the Commo Policy Conditions and the Commercial Property Cond tions.

1. **Abandonment**

   There can be no abandonment of any property to us

2. **Appraisal**

   If we and you disagree on the value of the property o the amount of loss, either may make written deman for an appraisal of the loss. In this event, each part will select a competent and impartial appraiser. Th two appraisers will select an umpire. If they canno agree, either may request that selection be made b a judge of a court having jurisdiction. The appraiser will state separately the value of the property an amount of loss. If they fail to agree, they will subm their differences to the umpire. A decision agreed t by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal an umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

a. You must see that the following are done in the event of loss or damage to Covered Property:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, cost, values and amount of loss claimed.

(6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

a. In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1) Pay the value of lost or damaged property;

(2) Pay the cost of repairing or replacing the los or damaged property, subject to b. below;

(3) Take all or any part of the property at a agreed or appraised value; or

(4) Repair, rebuild or replace the property wit other property of like kind and quality, sut ject to b. below.

b. The cost to repair, rebuild or replace does nc include the increased cost attributable to enfoi cement of any ordinance or law regulating th construction, use or repair of any property.

c. We will give notice of our intentions within 3 days after we receive the sworn proof of loss.

d. We will not pay you more than your financi; interest in the Covered Property.

e. We may adjust losses with the owners of lost c damaged property if other than you. If we pay th owners, such payments will satisfy your claim against us for the owners' property. We will nc pay the owners more than their financial interes in the Covered Property.

f. We may elect to defend you against suits arisin from claims of owners of property. We will do thi at our expense.

g. We will pay for covered loss or damage within 3 days after we receive the sworn proof of loss, you have complied with all of the terms of thi Coverage Part and:

(1) We have reached agreement with you on th amount of loss; or

(2) An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after los settlement, that party must give the other promp notice. At your option, the property will b returned to you. You must then return to us th amount we paid to you for the property. We wi pay recovery expenses and the expenses to repa the recovered property, subject to the Limit c Insurance.

**6. Vacancy**

a. **Description of Terms**

(1) As used in this Vacancy Condition, th term building and the term vacant hav the meanings set forth in (1)(a) an (1)(b) below:

(a) When this policy is issued to tenant, and with respect to tha tenant's interest in Covered Proper ty, building means the unit or suit rented or leased to the tenant. Suc building is vacant when it does nc

contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner of a building, building means the entire building. Such building is vacant when 70% or more of its square footage:

(i) Is not rented; or

(ii) Is not used to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

b. **Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in b.(1)(a) through b.(1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in event of loss or damage as follows:

a. At actual cash value as of the time of loss or damage, except as provided in b., c., d., e. and f. below.

b. If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

c. "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

d. Glass at the cost of replacement with safety glazing material if required by law.

e. Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damage property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

f. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

**F. ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

a. We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

Form No: CP 00 1(
06 9⁵

Page 7 of 9

(2) Divide the Limit of Insurance of the property by the figure determined in step (1);

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in step (2); and

(4) Subtract the deductible from the figure determined in step (3).

We will pay the amount determined in step (4) or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

When:  The value of the property
is                                      $250,000

The Coinsurance
percentage for it is          80%

The Limit of Insurance
for it is                            $100,000

The Deductible is              $250

The amount of loss is      $ 40,000

Step (1): $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step (2): $100,000 ÷ $200,000 = .50

Step (3): $40,000 x .50 = $20,000

Step (4): $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

**Example No. 2 (Adequate Insurance):**

When:  The value of the
property is:                    $250,000

The Coinsurance
percentage for it is          80%

The Limit of Insurance
for it is                            $200,000

The Deductible is              $250

The amount of loss is      $ 40,000

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

b.  If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:  The value of property is:

Bldg. at Location
No.1                                  $ 75,00(

Bldg. at location
No. 2                                 $100,00

Personal Property at
Location No. 2                   $ 75,00(

$250,000

The Coinsurance
percentage for it is          90%

The Limit of Insurance
for Buildings and Personal
Property at Location
Nos. 1 and 2 is                 $180,00

The Deductible is            $ 1,000

The amount of loss is:
Bldg. at Location
No. 2                                 $ 30,00

Personal Property at
Location No. 2                   $ 20,00(
$ 50,00

Step (1): $250,000 x 90% = $225,000

(the minimum amount of insurance to meet you Coinsurance requirements and to avoid th penalty shown below)

Step (2): $180,000 ÷ $225,000 = .80

Step (3): $50,000 x .80 = $40,000

Step (4): $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remain ing $11,000 is not covered.

2.  **Mortgageholders**

a.  The term mortgageholder includes trustee.

b.  We will pay for covered loss of or damage t buildings or structures to each mortgageholde shown in the Declarations in their order c precedence, as interests may appear.

c.  The mortgageholder has the right to receive los payment even if the mortgageholder has starte foreclosure or similar action on the building c structure.

d.  If we deny your claim because of your acts c because you have failed to comply with the term of the Coverage Part, the mortgageholder will sti have the right to receive loss payment if th mortgageholder:

(1) Pays any premium due under this Coverag Part at our request if you have failed to d so;

(2) Submits a signed, sworn proof of loss withi 60 days after receiving notice from us of you failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which thi Optional Coverage applied will automatically in crease by the annual percentage shown in th Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on th most recent of the policy inception date, th policy anniversary date, or any other polic change amending the Limit of Insurance times

(2) The percentage of annual increase shown i the Declarations, expressed as a decim (example: 8% is .08), times

(3) The number of days since the beginning o the current policy year or the effective dat of the most recent policy change amendin the Limit of Insurance, divided by 365.

Example:

If:  The applicable Limit
of Insurance is                          $100,00C

The annual percentage
increase is                                      8%

The number of days since the beginning o
the policy year (or last policy change) is
146

The amount of increase is
$100,000 x .08 x 146 ÷ 365 = $3,200

### 3. Replacement Cost

a. Replacement Cost (without deduction fc depreciation) replaces Actual Cash Value in th Loss Condition, Valuation, of this Coverage Form

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, incluc ing etchings, pictures, statuary, marble: bronzes, porcelains and bric-a-brac; or

(5) "Stock," unless the including "Stock" optio is shown in the Declarations.

c. You may make a claim for loss or damage covere by this insurance on an actual cash value basi instead of on a replacement cost basis. In th event you elect to have loss or damage settled o an actual cash value basis, you may still make claim for the additional coverage this Option: Coverage provides if you notify us of your inter to do so within 180 days after the loss c damage.

d. We will not pay on a replacement cost basis fc any loss or damage:

Form No:   CP 00 1(
06 9£

Page 9 of 9

(1) Until the lost or damaged property is actually repaired or replaced; and

(2) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

e.  We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

(1) The Limit of Insurance applicable to the lost or damaged property;

(2) The cost to replace, on the same premises, the lost or damaged property with other property:

(a) Of comparable material and quality; and

(b) Used for the same purpose; or

(3) The amount you actually spend that is necessary to repair or replace the lost or damage property.

f.  The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

## H.  DEFINITIONS

1.  "Pollutant" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

2.  "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

CF16
(6-9!

CP 00 30  06 95

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and i not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION G—DEFINITIONS.

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

(i)   Business Income including "Rental Value."

(ii)  Business Income other than "Rental Value."

(iii) "Rental Value."

If option (i) above is selected, the term Business Income will include "Rental Value." If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 100 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

1.  All routes within the building to gain access to the described premises; and

2.  Your personal property in the open (or in a vehicle) within 100 feet.

### 1. Business Income

Business Income means the:

a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

b.  Continuing normal operating expenses incurred, including payroll.

### 2. Covered Causes Of Loss

See applicable Causes of Loss Form as shown in the Declarations.

### 3. Additional Coverages

a.  **Extra Expense.**

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property cause by or resulting from a Covered Cause of Loss.

(1) We will pay any Extra Expense to avoid ( minimize the suspension of business and t continue "operations":

(a) At the described premises; or

(b) At replacement premises or at term porary locations, including:

(i)  Relocation expenses; and

(ii) Costs to equip and operate the re placement or temporary locations.

(2) We will pay any Extra Expense to minimiz the suspension of business if you cannc continue "operations."

(3) We will pay any Extra Expense to:

(a) Repair or replace any property; or

(b) Research, replace or restore the los information on damaged valuabl papers and records;

to the extent it reduces the amount of los that otherwise would have been payabl under this Coverage Form.

b.  **Civil Authority.** We will pay for the actual loss c Business Income you sustain and necessary Extr Expense caused by action of civil authority tha prohibits access to the described premises due t direct physical loss of or damage to property other than at the described premises, caused b or resulting from any Covered Cause of Loss. Th coverage for Business Income will begin 72 hou after the time of that action and will apply for period of up to three consecutive weeks afte coverage begins.

The coverage for Extra Expense will begin imme diately after the time of that action and will enc

(1) 3 consecutive weeks after the time of tha action; or

(2) When your Business Income coverage ends whichever is later.

c.  **Alterations and New Buildings.** We will pay fc the actual loss of Business Income you sustai due to direct physical loss or damage at th described premises caused by or resulting fror any Covered Cause of Loss to:

(1) New buildings or structures, whether corr plete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations," the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d.    Extended Business Income.**

(1) Business Income other than "Rental Value"

If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

    (a) Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

    (b) Ends on the earlier of:

        (i) The date you could restore your "operations," with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

        (ii) 30 consecutive days after the date determined in (1)(a) above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(2) "Rental Value"

If the necessary suspension of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

    (a) Begins on the date property is actuall repaired, rebuilt or replaced and tenar tability is restored; and

    (b) Ends on the earlier of:

        (i) The date you could restore tenar occupancy, with reasonable speec to the level which would generat the "Rental Value" that would hav existed if no direct physical loss c damage had occurred; and

        (ii) 30 consecutive days after the dat determined in (2)(a) above.

However, Extended Business Income doe not apply to loss of "Rental Value" incurre as a result of unfavorable business cond tions caused by the impact of the Covere Cause of Loss in the area where th described premises are located.

Loss of "Rental Value" must be caused b direct physical loss or damage at th described premises caused by or resultin from any Covered Cause of Loss.

**4.    Coverage Extension**

If a Coinsurance percentage of 50% or more is show in the Declarations, you may extend the insuranc provided by this Coverage Part as follows:

**Newly Acquired Locations**

**a.** You may extend your Business Income Coverag to apply to property at any location you acquir other than fairs or exhibitions.

**b.** The most we will pay for loss under this Extensio is $100,000 at each location.

**c.** Insurance under this Extension for each newl acquired location will end when any of the fo lowing first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin t construct the property; or

(3) You report values to us.

We will charge you additional premium for value reported from the date you acquire the property

This Extension is additional insurance. The Addition; Condition, Coinsurance, does not apply to this Exter sion.

**B.    EXCLUSION AND LIMITATIONS**

See applicable Causes of Loss Form as shown in th Declarations.

**C.    LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is th applicable Limit of Insurance shown in the Declarations

The limit applicable to the Coverage Extension is i addition to the Limit of Insurance.

| Form No:  | CP 00 30 |
|-----------|----------|
|           | 06 95    |
| Page 3 of 7 | |

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings;
2. Civil Authority;
3. Extra Expense; or
4. Extended Business Income.

## D. LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties In The Event Of Loss**

   a. You must see that the following are done in the event of loss:

      (1) Notify the police if a law may have been broken.
      (2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.
      (3) As soon as possible, give us a description of how, when and where the direct physical loss or damage occurred.
      (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order of examination.

      (5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

      (6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 6 days after our request. We will supply you with the necessary forms.

      (7) Cooperate with us in the investigation or settlement of the claim.

      (8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

   b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

3. **Limitation — Electronic Media And Records**

   We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

   a. 60 consecutive days from the date of direct physical loss or damage; or

   b. The period, beginning with the date of direct physical loss or damage, necessary to repair rebuild or replace, with reasonable speed and similar quality, other property at the described premises due to loss or damage caused by the same occurrence.

   Electronic Media and Records are:

   (1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;
   (2) Data stored on such media; or
   (3) Programming records used for electronic data processing or electronically controlled equipment.

   This limitation does not apply to Extra Expense.

   **Example No. 1:**

   A Covered Cause of Loss damages a computer on June 1. It takes until September 1 to replace the computer, and until October 1 to restore the data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1—September 1. Loss

during the period September 2—October 1 is not covered.

**Example No. 2:**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1—September 29 (60 consecutive days). Loss during the period September 30—October 15 is not covered.

**4. Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) The Net Income of the business before the direct physical loss or damage occurred;

(2) The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses.

(3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration," once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Bus ness Income loss that otherwise would hav been incurred.

c. **Resumption Of Operations**

We will reduce the amount of your:

(1) Business Income loss, other than Extra E> pense, to the extent you can resume you "operations," in whole or in part, by usin damaged or undamaged property (includin merchandise or stock) at the describe premises or elsewhere.

(2) Extra Expense loss to the extent you ca return "operations" to normal and discon tinue such Extra Expense.

d. If you do not resume "operations," or do nc resume "operations" as quickly as possible, w will pay based on the length of time it would hav taken to resume "operations" as quickly as pos sible.

**5. Loss Payment**

We will pay for covered loss within 30 days after w receive the sworn proof of loss, if you have complie with all of the terms of this Coverage Part and:

a. We have reached agreement with you on th amount of loss; or

b. An appraisal award has been made.

**E. ADDITIONAL CONDITION**

**Coinsurance**

If a Coinsurance percentage is shown in the Declaration: the following condition applies in addition to the Commo Policy Conditions and the Commercial Property Cond tions.

We will not pay the full amount of any loss if the Limit c Insurance for Business Income is less than:

a. The Coinsurance percentage shown for Business Ir come in the Declarations, times

b. The sum of:

(1) The Net Income (Net Profit or Loss before incom taxes), and

(2) Operating expenses, including payroll expenses

that would have been earned or incurred (had no los occurred) by your "operations" at the describe premises for the 12 months following the inceptior or last previous anniversary date, of this polic (whichever is later).

Instead, we will determine the most we will pay using th following steps:

1. Multiply the Net Income and operating expense fc the 12 months following the inception, or last pre vious anniversary date, of this policy by the Coir surance percentage;

2. Divide the Limit of Insurance for the described premises by the figure determined in step 1.; and

3. Multiply the total amount of loss by the figure determined in step 2.

We will pay the amount determined in step 3. or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

a. Prepaid freight-outgoing;

b. Returns and allowances;

c. Discounts;

d. Bad debts;

e. Collection expenses;

f. Cost of raw stock and factory supplies consumed (including transportation charges);

g. Cost of merchandise sold (including transportation charges);

h. Cost of other supplies consumed (including transportation charges);

i. Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

j. Power, heat and refrigeration expenses that do not continue under contract (if Form CP 15 11 is attached);

k. All ordinary payroll expenses or the amount of payroll expense excluded (if Form CP 15 10 is attached); and

l. Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion — not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**Example No. 1 (Underinsurance):**

When: The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been $400,000

The Coinsurance percentage is 50%

The Limit of Insurance is $150,000

The amount of loss is $ 80,000

Step 1.: $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2.: $150,000 ÷ $200,000 = .75

Step 3.: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remainin $20,000 is not covered.

**Example No. 2 (Adequate Insurance):**

When: The Net Income and operating expenses for th 12 months following the inception, or last pre vious anniversary date, of this policy at th described premises would have been $400,00

The Coinsurance percentage is 50%

The Limit of Insurance is $200,000

The amount of loss is $ 80,000

The minimum amount of insurance to meet your Coir surance requirement is $200,000 ($400,000 x 50%. Therefore, the Limit of Insurance in this Example i adequate and no penalty applies. We will pay no mor than $80,000 (amount of loss).

This condition does not apply to the Extra Expense Add tional Coverage.

**F. OPTIONAL COVERAGES**

If shown in the Declarations, the followings Option: Coverages apply separately to each item.

1. **Maximum Period Of Indemnity**

a. The Additional Condition, Coinsurance, does nc apply to this Coverage Form at the describe premises to which this Optional Coverage ap plies.

b. The most we will pay for loss of Business Incom is the lesser of:

(1) The amount of loss sustained during the 12 days immediately following the beginning c the "period of restoration"; or

(2) The Limit of Insurance shown in the Decla rations.

2. **Monthly Limit Of Indemnity**

a. The Additional Condition, Coinsurance, does nc apply to this Coverage Form at the describe premises to which this Optional Coverage ap plies.

b. The most we will pay for loss of Business Incom in each period of 30 consecutive days after th beginning of the "period of restoration" is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations fo this Optional Coverage.

**Example:**

When: The Limit of Insurance is $120,00(

The fraction shown in the Declarations for this Optional Coverage is 1/4

The most we will pay for loss in each perio of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If, in this example, the actual amount of loss is:

| | |
|---|---|
| Days 1-30 | $40,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $90,000 |

We will pay:

| | |
|---|---|
| Days 1-30 | $30,000 |
| Days 31-60 | 20,000 |
| Days 61-90 | 30,000 |
| | $80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

  **a.** To activate this Optional Coverage:

    **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

      **(a)** During the 12 months prior to the date of the Work Sheet; and

      **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

    **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

      **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

      **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

  **b.** The Additional Condition, Coinsurance, is suspended until:

    **(1)** 12 months after the effective date of this Optional Coverage; or

    **(2)** The expiration date of this policy;

  whichever occurs first.

  **c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

    **(1)** Within 12 months of the effective date of this Optional Coverage; or

    **(2)** When you request a change in your Business Income Limit of Insurance.

  **d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

    **(1)** The Business Income Limit of Insuranc divided by

    **(2)** The Agreed Value.

  **Example:**

| When: | The Limit of Insurance is | $100,00( |
|---|---|---|
| | The agreed value is | $200,000 |
| | The amount of loss is | $80,000 |

Step (a): $100,000 ÷ $200,000 = .50

Step (b): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is no covered.

**4. Extended Period Of Indemnity**

Under paragraph **A.3.d.,** Extended Business Income the number "30" in subparagraph **(2)(b)** is replace by the number shown in the Declarations for thi Optional Coverage.

**G. DEFINITIONS**

  **1.** "Finished Stock" means stock you have manufac tured.

  "Finished stock" also includes whiskey and alcoholi products being aged, unless there is a Coinsuranc percentage shown for Business Income in the Decla rations.

  "Finished stock" does not include stock you hav manufactured that is held for sale on the premises ( any retail outlet insured under this Coverage Part.

  **2.** "Operations" means:

    **a.** Your business activities occurring at th described premises; and

    **b.** The tenantability of the described premises, coverage for Business Income including "Rent Value" or "Rental Value" applies.

  **3.** "Period of Restoration" means the period of time tha

    **a.** Begins:

      **(1)** 72 hours after the time of direct physical los or damage for Business Income coverage; o

      **(2)** Immediately after the time of direct physic: loss or damage for Extra Expense coverage

    caused by or resulting from any Covered Caus of Loss at the described premises; and

    **b.** Ends on the earlier of:

      **(1)** The date when the property at the describe premises should be repaired, rebuilt ( replaced with reasonable speed and simil: quality; or

      **(2)** The date when business is resumed at a ne permanent location.

  "Period of restoration" does not include any increase period required due to the enforcement of any o dinance or law that:

Form No: CP 00 30
06 95
Page 7 of 7

(1) Regulates the construction, use or repair, or requires the tearing down of any property; or

(2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants."

The expiration date of this policy will not cut short the "period of restoration."

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.

Waste includes materials to be recycled, reconditioned or reclaimed.

5. "Rental Value" means the:

a. Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

b. Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations, and

c. Fair rental value of any portion of the described premises which is occupied by you.

CF16
(6-9!

CP 00 50   06 95

# EXTRA EXPENSE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and i not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION E—DEFINITIONS.

## A. COVERAGE

We will pay the actual and necessary Extra Expense you sustain due to direct physical loss of or damage to proper-ty, including personal property in the open (or in a vehicle) within 100 feet, at premises which are described in the Declarations and for which an Extra Expense Limit of Insurance is shown in the Declarations.   The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

1. All routes within the building to gain access to the described premises; and

2. Your personal property in the open (or in a vehicle) within 100 feet.

### 1. Extra Expense

Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

a. To avoid or minimize the suspension of business and to continue "operations":

  (1) At the described premises; or

  (2) At replacement premises or at temporary locations, including:

    (a) Relocation expenses; and

    (b) Costs to equip and operate the replace-ment or temporary locations;

b. To minimize the suspension of business if you cannot continue "operations"; or

c. (1) To repair or replace any property; or

  (2) To research, replace or restore the lost infor-mation on damaged valuable papers and records;

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 2. Covered Causes of Loss

See applicable Causes of Loss Form as shown in the Declarations.

### 3. Additional Coverages

a. **Alterations and New Buildings.**

We will pay for the actual and necessary Extra Expense you incur due to direct physical loss or

damage at the described premises caused by c resulting from any Covered Cause of Loss to:

  (1) New buildings or structures, whether corr plete or under construction;

  (2) Alterations or additions to existing building or structures; and

  (3) Machinery, equipment, supplies or buildin materials located on or within 100 feet of th described premises and:

    (a) Used in the construction, alterations c additions; or

    (b) Incidental to the occupancy of nei buildings.

b. **Civil Authority.** We will pay for the actual an necessary Extra Expense you incur caused b action of civil authority that prohibits access t the described premises due to direct physical los of or damage to property, other than at th described premises, caused by or resulting fror any Covered Cause of Loss. This coverage wi apply for a period of up to three consecutiv weeks from the date of that action.

### 4. Coverage Extension

You may extend the insurance provided by thi Coverage Part as follows:

**Newly Acquired Locations.**

a. You may extend your Extra Expense Coverage t apply to property at any location you acquir other than fairs or exhibitions.

b. The most we will pay for loss under this Extensio is $100,000 at each location.

c. Insurance under this Extension for each newl acquired location will end when any of the fo lowing first occurs:

  (1) This policy expires;

  (2) 30 days expire after you acquire the proper ty; or

  (3) You notify us of how you want this coverag to apply to that location.

We will charge you additional premium from th date you acquire the property.

This Extension is additional insurance.

## B. EXCLUSIONS AND LIMITATIONS

See applicable Causes of Loss Form as shown in th Declarations.

CF 18
(7-8£

CP 00 90  07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVERAGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the in-

surance under this Coverage Part. If you do, we wi pay our share of the covered loss or damage. Ou share is the proportion that the applicable Limit c Insurance under this Coverage Part bears to th Limits Of Insurance of all insurance covering on th same basis.

2. If there is other insurance covering the same loss c damage, other than that described in 1. above, w will pay only for the amount of covered loss c damage in excess of the amount due from that othe insurance, whether you can collect on it or not. Bu we will not pay more than the applicable Limit c Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declara tions; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including it territories and possessions);
   b. Puerto Rico; and
   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINS OTHERS TO US

If any person or organization to or for whom we mak payment under this Coverage Part has rights to recove damages from another, those rights are transferred t us to the extent of our payment. That person or organiza tion must do everything necessary to secure our right and must do nothing after loss to impair them. But yo may waive your rights against another party in writing

1. Prior to a loss to your Covered Property or Covere Income.
2. After a loss to your Covered Property or Covere Income only if, at time of loss, that party is one c the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

CF 20
(11-8!

CP 02 99   11 85

# CANCELLATION CHANGES

This endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**

The following is added to the CANCELLATION Common Policy Condition:

If any one of the following conditions exists at any building that is Covered Property in this policy, we may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least 5 days before the effective date of cancellation.

**A.** The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

  **1.** Seasonal unoccupancy;

  **2.** Buildings in the course of construction, renovation or addition; or

  **3.** Buildings to which the Vacancy Permit endorsement applies.

  Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

**B.** After damage by a Covered Cause of Loss, permanent repairs to the building:

  **1.** Have not started, and

**2.** Have not been contracted for,

within 30 days of initial payment of loss.

**C.** The building has:

  **1.** An outstanding order to vacate;

  **2.** An outstanding demolition order; or

  **3.** Been declared unsafe by governmental authority.

**D.** Fixed and salvageable items have been or are bein removed from the building and are not being replacec This does not apply to such removal that is necessary c incidental to any renovation or remodeling.

**E.** Failure to:

  **1.** Furnish necessary heat, water, sewer service c electricity for 30 consecutive days or more, excep during a period of seasonal unoccupancy; or

  **2.** Pay property taxes that are owing and have bee outstanding for more than one year following th date due, except that this provision will not appl where you are in a bona fide dispute with the taxin authority regarding payment of such taxes.

CF49
(6-9!

CP 10 30   06 95

# CAUSES OF LOSS—SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section F—DEFINITIONS.

## A. COVERED CAUSES OF LOSS

When Special is shown in the Declarations, Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

1. Excluded in Section **B.**, Exclusions; or
2. Limited in Section **C.**, Limitations;

that follow.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Any earth movement (other than sinkhole collapse), such as an earthquake, landslide, mine subsidence or earth sinking, rising or shifting. But if earth movement results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

All volcanic eruptions that occur within an 168-hour period will constitute a single oc currence.

Volcanic action does not include the cost t remove ash, dust or particulate matter tha does not cause direct physical loss c damage to the described property.

**c. Governmental Action**

Seizure or destruction of property by order c governmental authority.

But we will pay for loss or damage caused by c resulting from acts of destruction ordered b governmental authority and taken at the time c a fire to prevent its spread, if the fire would b covered under this Coverage Part.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive cor tamination, however caused.

But if nuclear reaction or radiation, or radioactiv contamination, results in fire, we will pay for th loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service sup plied to the described premises, however caused if the failure occurs away from the describe premises.

But if the failure of power or other utility servic results in a Covered Cause of Loss, we will pa for the loss or damage caused by that Covere Cause of Loss.

This exclusion does not apply to the Busines Income coverage or to Extra Expense coverage Instead, the Special Exclusion in paragrap **B.4.a.(1)** applies to these coverages.

**f. War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, includin action in hindering or defending against a actual or expected attack, by any goverr ment, sovereign or other authority usin military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurpe power or action taken by governmenta authority in hindering or defending agains any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tida waves, overflow of any body of water, or the spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

Form No:  CP 10 3(
06 9(
Page 2 of 6

(3) Water that backs up or overflows from a sewer, drain or sump; or

(4) Water under the ground surface pressing on, or flowing or seeping through:

    (a) Foundations, walls, floors or paved surfaces;

    (b) Basements, whether paved or not; or

    (c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(4) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

2. We will not pay for loss or damage caused by or resulting from any of the following:

  a. Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

    But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

  b. Delay, loss of use or loss of market.

  c. Smoke, vapor or gas from agricultural smudging or industrial operations.

  d. (1) Wear and tear;

    (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    (3) Smog;

    (4) Settling, cracking, shrinking or expansion;

    (5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

    (6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision;

    (7) The following causes of loss to personal property:

      (a) Dampness or dryness of atmosphere;

      (b) Changes in or extremes of temperature; or

      (c) Marring or scratching.

But if an excluded cause of loss that is listed in 2.d.(1) through (7) results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

  e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you

or operated under your control.  But if explosio of steam boilers, steam pipes, steam engines c steam turbines results in fire or combustion ex plosion, we will pay for the loss or damage cause by that fire or combustion explosion. We will als pay for loss or damage caused by or resultin from the explosion of gases or fuel within th furnace of any fired vessel or within the flues c passages through which the gases of combustio pass.

  f. Continuous or repeated seepage or leakage c water that occurs over a period of 14 days c more.

  g. Water, other liquids, powder or molten materi; that leaks or flows from plumbing, heating, a conditioning or other equipment (except fir protective systems) caused by or resulting fror freezing, unless:

    (1) You do your best to maintain heat in th building or structure; or

    (2) You drain the equipment and shut off th supply if the heat is not maintained.

  h. Dishonest or criminal act by you, any of you partners, employees (including lease employees), directors, trustees, authorized repre sentatives or anyone to whom you entrust th property for any purpose:

    (1) Acting alone or in collusion with others; or

    (2) Whether or not occurring during the hours c employment.

This exclusion does not apply to acts of destruc tion by your employees (including lease employees); but theft by employees (includin leased employees) is not covered.

  i. Voluntary parting with any property by you c anyone else to whom you have entrusted th property if induced to do so by any fraudulen scheme, trick, device or false pretense.

  j. Rain, snow, ice or sleet to personal property i the open.

  k. Collapse, except as provided below in the Add tional Coverage for Collapse.  But if collaps results in a Covered Cause of Loss at th described premises, we will pay for the loss c damage caused by that Covered Cause of Loss

  l. Discharge, dispersal, seepage, migration, releas or escape of "pollutants" unless the discharge dispersal, seepage, migration, release or escap is itself caused by any of the "specified causes c loss." But if the discharge, dispersal, seepage migration, release or escape of "pollutants results in a "specified cause of loss," we will pa for the loss or damage caused by that "specifie cause of loss."

Form No:  CP 10 3C
06 9£
Page 3 of 6

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   **a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   **b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   **c.** Faulty, inadequate or defective:

     (1) Planning, zoning, development, surveying, siting;

     (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

     (3) Materials used in repair, construction, renovation or remodeling; or

     (4) Maintenance;

     of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

   **a.** **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form**

     We will not pay for:

     (1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

      But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

     (2) Any loss caused by or resulting from:

      (a) Damage or destruction of "finished stock"; or

      (b) The time required to reproduce "finished stock."

      This exclusion does not apply to Extra Expense.

     (3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

     (4) Any increase of loss caused by or resultin from:

      (a) Delay in rebuilding, repairing or replac ing the property or resuming "opera tions," due to interference at the locatio of the rebuilding, repair or replacemer by strikers or other persons; or

      (b) Suspension, lapse or cancellation of an license, lease or contract. But if th suspension, lapse or cancellation i directly caused by the suspension c "operations," we will cover such los that affects your Business Incom during the "period of restoration."

     (5) Any Extra Expense caused by or resultin from suspension, lapse or cancellation of an license, lease or contract beyond the "perio of restoration."

     (6) Any other consequential loss.

   **b.** **Leasehold Interest Coverage Form**

     (1) Paragraph **B.1.a.**, Ordinance or Law, doe not apply to insurance under this Coverag Form.

     (2) We will not pay for any loss caused by:

      (a) Your cancelling the lease;

      (b) The suspension, lapse or cancellation c any license; or

      (c) Any other consequential loss.

   **c.** **Legal Liability Coverage Form**

     (1) The following Exclusions do not apply t insurance under this Coverage Form:

      (a) Paragraph **B.1.a.**, Ordinance or Law;

      (b) Paragraph **B.1.c.**, Governmental Actior

      (c) Paragraph **B.1.d.**, Nuclear Hazard;

      (d) Paragraph **B.1.e.**, Utility Services; anc

      (e) Paragraph **B.1.f.**, War and Military Ac tion.

     (2) The following additional exclusions apply t insurance under this Coverage Form:

      (a) *Contractual Liability*

       We will not defend any claim or "suit, or pay damages that you are legall liable to pay, solely by reason of you assumption of liability in a contract c agreement. But this exclusion does nc apply to a written lease agreement i which you have assumed liability fc building damage resulting from an ac tual or attempted burglary or robbery provided that:

        (l) Your assumption of liability was e> ecuted prior to the accident; and

Form No: CP 10 30
06 95
Page 3 of 6

3. We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property on or off the described premises.

4. **Special Exclusions**

   The following provisions apply only to the specified Coverage Forms.

   a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form or Extra Expense Coverage Form**

      We will not pay for:

      (1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

      But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

      (2) Any loss caused by or resulting from:

         (a) Damage or destruction of "finished stock"; or

         (b) The time required to reproduce "finished stock."

         This exclusion does not apply to Extra Expense.

      (3) Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   (4) Any increase of loss caused by or resultin from:

      (a) Delay in rebuilding, repairing or replac ing the property or resuming "opera tions," due to interference at the locatio of the rebuilding, repair or replacemer by strikers or other persons; or

      (b) Suspension, lapse or cancellation of an license, lease or contract. But if th suspension, lapse or cancellation i directly caused by the suspension c "operations," we will cover such los that affects your Business Incom during the "period of restoration."

   (5) Any Extra Expense caused by or resultin from suspension, lapse or cancellation of an license, lease or contract beyond the "perio of restoration."

   (6) Any other consequential loss.

   b. **Leasehold Interest Coverage Form**

      (1) Paragraph **B.1.a.**, Ordinance or Law, doe not apply to insurance under this Coverag Form.

      (2) We will not pay for any loss caused by:

         (a) Your cancelling the lease;

         (b) The suspension, lapse or cancellation c any license; or

         (c) Any other consequential loss.

   c. **Legal Liability Coverage Form**

      (1) The following Exclusions do not apply t insurance under this Coverage Form:

         (a) Paragraph **B.1.a.**, Ordinance or Law;

         (b) Paragraph **B.1.c.**, Governmental Actior

         (c) Paragraph **B.1.d.**, Nuclear Hazard;

         (d) Paragraph **B.1.e.**, Utility Services; anc

         (e) Paragraph **B.1.f.**, War and Military Ac tion.

      (2) The following additional exclusions apply t insurance under this Coverage Form:

         (a) **Contractual Liability**

            We will not defend any claim or "suit, or pay damages that you are legall liable to pay, solely by reason of you assumption of liability in a contract c agreement. But this exclusion does no apply to a written lease agreement i which you have assumed liability fo building damage resulting from an ac tual or attempted burglary or robbery provided that:

            (i) Your assumption of liability was e ecuted prior to the accident; and

(ii) The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit," or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

      However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income coverage or Extra Expense coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Gutters and downspouts caused by or resultin from weight of snow, ice or sleet.

   g. Property that has been transferred to a person c to a place outside the described premises on th basis of unauthorized instructions.

2. We will not pay more than $500 in any one occur rence for loss of or damage to glass that is part of building or structure, regardless of the number c panes, plates or similar units of glass. Subject to thi $500 aggregate, we will not pay more than $100 fc any one pane, plate, multiple plate insulating unir radiant or solar heating panel, jalousie, louver c shutter.

   However, this limitation does not apply to:

   a. Loss or damage by the "specified causes of loss, except vandalism; or

   b. Business Income coverage or Extra Expens coverage.

3. We will not pay for loss of or damage to the followin types of property unless caused by the "specifie causes of loss" or building glass breakage:

   a. Valuable papers and records, such as books c account; manuscripts, abstracts, drawings, car index systems, film, tape, disc, drum, cell or othe data processing, recording or storage media, an other records.

   b. Animals, and then only if they are killed or the destruction is made necessary.

   c. Fragile articles such as glassware, statuary marbles, chinaware and porcelains, if broker This restriction does not apply to:

      (1) Glass that is part of a building or structure

      (2) Containers of property held for sale; or

      (3) Photographic or scientific instrument lenses

   d. Builders' machinery, tools and equipment owne by you or entrusted to you, provided such proper ty is Covered Property.

      However, this limitation does not apply:

      (1) If the property is located on or within 10 feet of the described premises, unless th premises is insured under the Builders Ris Coverage Form; or

      (2) To Business Income coverage or to Extr Expense coverage.

4. The special limit shown for each category, a. throug d., is the total limit for loss of or damage to all propert in that category. The special limit applies to any on occurrence of theft, regardless of the types or numbe of articles that are lost or damaged in that occurrence The special limits are:

   a. $2500 for furs, fur garments and garment trimmed with fur.

Form No: CP 10 3(
06 9!

Page 5 of 6

b.  $2500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

c.  $2500 for patterns, dies, molds and forms.

d.  $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.4.**, does not apply to Business Income coverage or to Extra Expense coverage.

5.  We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

a.  Results in discharge of any substance from an automatic fire protection system; or

b.  Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

**D.  ADDITIONAL COVERAGE—COLLAPSE**

The term Covered Cause of Loss includes the Additional Coverage—Collapse as described and limited in **D.1.** through **D.5.** below.

1.  We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building insured under this Coverage Form, if the collapse is caused by one or more of the following:

a.  The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

b.  Hidden decay;

c.  Hidden insect or vermin damage;

d.  Weight of people or personal property;

e.  Weight of rain that collects on a roof;

f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **D.1.a.** through **D.1.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

2.  If the direct physical loss or damage does not involve collapse of a building or any part of a building, we will

pay for loss or damage to Covered Property caused b the collapse of personal property only if:

a.  The personal property which collapses is insid a building; and

b.  The collapse was caused by a cause of loss liste in **D.1.a.** through **D.1.f.** above.

3.  With respect to the following property:

a.  Outdoor radio or television antennas (includin satellite dishes) and their lead-in wiring, mast or towers;

b.  Awnings, gutters and downspouts;

c.  Yard fixtures;

d.  Outdoor swimming pools;

e.  Fences;

f.  Piers, wharves and docks;

g.  Beach or diving platforms or appurtenances;

h.  Retaining walls; and

I.  Walks, roadways and other paved surfaces;

if the collapse is caused by a cause of loss listed i **D.1.b.** through **D.1.f.**, we will pay for loss or damag to that property only if:

a.  Such loss or damage is a direct result of th collapse of a building insured under this Coverag Form; and

b.  The property is Covered Property under thi Coverage Form.

4.  Collapse does not include settling, crackin( shrinkage, bulging or expansion.

5.  This Additional Coverage, Collapse, will not increas the Limits of Insurance provided in this Coverage Par

**E.  ADDITIONAL COVERAGE EXTENSIONS**

1.  **Property In Transit.** This Extension applies only t your personal property to which this form applies.

a.  You may extend the insurance provided by thi Coverage Part to apply to your personal propert (other than property in the care, custody or cor trol of your salespersons) in transit more tha 100 feet from the described premises. Propert must be in or on a motor vehicle you own, leas or operate while between points in the coverag territory.

b.  Loss or damage must be caused by or result fror one of the following causes of loss:

(1)  Fire, lightning, explosion, windstorm or hai riot or civil commotion, or vandalism.

(2)  Vehicle collision, upset or overturn. Collisio means accidental contact of your vehicl with another vehicle or object. It does n( mean your vehicle's contact with the roa bed.

Form No:  CP 10 30
06 95

Page 6 of 6

(3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

c.  The most we will pay for loss or damage under this Extension is $1000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2.  **Water Damage, Other Liquids, Powder Or Molten Material Damage.** If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

**F.  DEFINITIONS**

"Specified Causes of Loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

1.  Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

    a.  The cost of filling sinkholes; or

    b.  Sinking or collapse of land into man-made underground cavities.

2.  Falling objects does not include loss or damage to:

    a.  Personal property in the open; or

    b.  The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

3.  Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

CP 12 70  09 96

# JOINT OR DISPUTED LOSS AGREEMENT

This Endorsement modifies insurance provided under the following:

**COMMERCIAL PROPERTY COVERAGE PART**
**STANDARD PROPERTY POLICY**

**A.** This endorsement is intended to facilitate payment of insurance proceeds when:

    **1.** Both a boiler and machinery policy and this commercial property policy are in effect;

    **2.** Damage occurs to Covered Property that is insured by the boiler and machinery policy and this commercial property policy; and

    **3.** There is disagreement between the insurers as to whether there is coverage or as to the amount of the loss to be paid, if any, by each insurer under its own policies.

**B.** This endorsement does not apply if:

    **1.** Both the boiler and machinery insurer(s) and we do not admit to any liability; and

    **2.** Neither the boiler and machinery insurer(s) nor we contend that coverage applies under the other insurer's policy.

**C.** The provisions of this endorsement apply only if all of the following requirements are met:

    **1.** The boiler and machinery policy carried by the named insured, insuring the Covered Property, contains a similar provision at the time of the loss or damage, with substantially the same requirements, procedures and conditions as contained in this endorsement;

    **2.** The damage to the Covered Property was caused by a loss for which:

        **a.** Both the boiler and machinery insurer(s) and we admit to some liability for payment under the respective policies; or

        **b.** Either:

            **(1)** The boiler and machinery insurer(s) does not admit to any liability for payment, while we contend that:

                **(a)** All liability exists under the boiler and machinery policy; or

                **(b)** Some liability exists under both the boiler and machinery policy and this commercial property policy;

            **(2)** We do not admit to any liability for payment, while the boiler and machinery insurer(s) contends that:

                **(a)** All liability exists under this commercial property policy; or

                **(b)** Some liability exists under both the boiler and machinery policy and this commercial property policy; or

            **(3)** Both the boiler and machinery insurer(s) and we:

                **(a)** Do not admit to any liability for payment; and

                **(b)** Contend that some or all liability exists under the other insurer's policy; and

    **3.** The total amount of the loss is agreed to by you, the boiler and machinery insurer(s) and us.

**D.** If the requirements listed in Paragraph **C.** above are satisfied, we and the boiler and machinery insurer(s) will make payments to the extent, and in the manner, described as follows:

    **1.** We will pay, after your written request, the entire amount of loss that we have agreed as being covered, if any, by this commercial property policy and one-half (1/2) the amount of the loss that is in disagreement.

    **2.** The boiler and machinery insurer(s) will pay, after your written request, the entire amount of loss that they have agreed as being covered, if any, by the boiler and machinery policy and one-half (1/2) the amount of loss that is in disagreement.

    **3.** Payments by the insurers of the amounts that are in disagreement, as described in Paragraphs **1.** and **2.** do not alter, waive or surrender any rights of an insurer against any other with regard to the portion of the loss for which each insurer is liable.

    **4.** The amount in disagreement to be paid by us under this endorsement shall not exceed the amount payable under the equivalent Loss Agreement(s) of the boiler and machinery policy.

    **5.** The amount to be paid under this endorsement shall not exceed the amount we would have paid had no boiler and machinery policy been in effect at the time of loss. In no event will we pay more than the applicable Limit of Insurance shown in the Declarations.

    **6.** Acceptance by you of sums paid under this endorsement does not alter, waive or surrender any other rights against us.

**E.** Arbitration

    **1.** If the circumstances described in Paragraph **C.2.a** exist and the boiler and machinery insurer(s) and we agree to submit our differences to arbitration, the