IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC, and ONE BEACON INSURANCE, )<br>)<br>)<br>)<br>Defendants. ) | C. A. No. 05-0309 KAJ |

### Wavier of Service of Summons

TO:  One Beacon Insurance Company
     c/o Matt Denn, Insurance Commissioner
     841 Silver Lake Boulevard
     Rodney Building
     Dover, DE 19901

I acknowledge receipt of your request that I waive service of a summons in the above action, which is case number 05-0309 in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

1

I understand that a judgment may be entered against me (or a party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after (date request was sent), or within 90 days after that date if the request was sent outside the United States.

December 9, 2005
Date

*[Signature]*
Signature

Paul G. Nofer, Esq.
Printed/typed name:

Attorney for One Beacon Insurance Co.

---

*Duty to avoid unnecessary costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons has been actually served when the request for waiver of service was received.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC. and JOSEPH CAPANO,<br><br>           Plaintiffs,<br><br>      v.<br><br>SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC. and ONE BEACON INSURANCE,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C. A. No. 05-0309 KAJ<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SERVICE**

I, Frank E. Noyes, Esquire, hereby certify that on this 25th day of January, 2006, I caused a true and correct copy of the *Waiver of Service of Summons* to be served upon the following by E-filing and by First Class Mail, postage prepaid:

Amy E. Evans, Esquire
Cross & Simon, LLC
913 N. Market Street
Suite 1001
Wilmington, DE 19801

Jonathan L. Parshall, Esquire
Murphy, Spadaro & Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

Frank E. Noyes, II (#3988)