## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRISTIANA VENTURES, INC. and )
JOSEPH CAPANO, )
                               )
       Plaintiffs, )
                               )
     v. )    C. A. No. 05-0309 KAJ
                               )
SELECTIVE WAY INSURANCE COMPANY )
a/k/a SELECTIVE INSURANCE GROUP INC. )
and ONE BEACON INSURANCE, )
                               )
       Defendants. )

### ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**PLEASE ENTER THE APPEARANCE** of Frank E. Noyes, II, Esquire on behalf of defendant and cross-defendant One Beacon Insurance in this matter.

Dated: January 25, 2006

                                  **WHITE AND WILLIAMS LLP**

                   BY: _____
                                   Frank E. Noyes, II (No. 3988)
                                   824 N. Market Street, Suite 902
                                   P.O. Box 709
                                   Wilmington, DE  19899-0709
                                   Phone: 302.467.4511
                                   Attorneys for Defendant & Cross-
                                   Defendant, One Beacon Insurance

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC. and | ) | |
| JOSEPH CAPANO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-0309 KAJ |
| | ) | |
| SELECTIVE WAY INSURANCE COMPANY | ) | |
| a/k/a SELECTIVE INSURANCE GROUP INC. | ) | |
| and ONE BEACON INSURANCE, | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, Frank E. Noyes, Esquire, hereby certify that on this 25th day of January, 2006, I caused

a true and correct copy of the ***Entry of Appearance*** to be served upon the following by E-filing

and by First Class Mail, postage prepaid:

Amy E. Evans, Esquire            Jonathan L. Parshall, Esquire
Cross & Simon, LLC               Murphy, Spadaro & Landon
913 N. Market Street             1011 Centre Road
Suite 1001                       Suite 210
Wilmington, DE 19801             Wilmington, DE 19805


_____
Frank E. Noyes, II (#3988)