**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **CHRISTIANA VENTURES, INC.,** *et al.* )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**SELECTIVE WAY INSURANCE** )<br>**COMPANY a/k/a SELECTIVE** )<br>**INSURANCE GROUP INC,** )<br>)<br>**Defendant.** ) | C.A. No. 05-309 (KAJ) |

NOTICE OF SERVICE

    I, Amy Evans, hereby certify that on January 27, 2006 I caused to be served a true and correct copy of *Plaintiffs' Document Requests Directed to Selective Way Insurance Company* upon the following as indicated.

VIA U.S. MAIL
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

VIA HAND DELIVERY
Frank Noyes, II
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

                                     /s/ Amy Evans
                                     Amy Evans (Bar I.D. No. 3829)