Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

CROSS & SIMON, LLC
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE  19899-1380

February 1, 2006

VIA ONLINE DELIVERY
The Honorable Kent A. Jordan
U.S. District Court for the
 District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

    Re: *Christiana Ventures et al. v. Selective Way Insur. Co. et al.*
       05-309(KAJ)

Dear Judge Jordan:

  Please accept this letter as the interim status report called for under the scheduling order in the above-referenced matter.

  The dispute in this case concerns insurance coverage.  Plaintiffs seek a declaration that the Defendants are obligated to defend Plaintiffs (and reimburse Plaintiffs for defense expenses incurred to date) and obligated to pay any damages awarded against Plaintiffs in the state court action captioned *State of Delaware v. Wellington Homes, Inc. et al.*, C.A. No. 99C-0-169 (JTV).  Plaintiffs initially filed this insurance coverage case in the Superior Court of the State of Delaware.  Defendant Selective Way Insurance Company removed the case to this Court.

  Following removal to this Court, on November 4, 2005, Plaintiffs amended their complaint to add One Beacon Insurance Company as a defendant.  On the same date a notice of lawsuit was sent to One Beacon.  One Beacon executed a waiver of service on December 9, 2005 but did not file same until January 25, 2006.   Selective has filed a crossclaim against One Beacon.  It is not clear when Defendant One Beacon will file an answer or responsive pleading.  On December 7, 2005 undersigned counsel forwarded copies of the scheduling order, mediation order, and trial management order to counsel for One Beacon.

CROSS & SIMON, LLC
February 1, 2006
Page 2 of 2

As for discovery, Plaintiffs have issued written discovery to Defendant Selective Insurance Company and will issue written discovery upon One Beacon upon the filing of its answer.

A copy of this letter was submitted to all counsel for review and comment prior to submission.

Respectfully submitted,

*/s/ Amy E. Evans*

Amy Evans (No. 3829)

cc:   Richard H. Cross, Jr., Esq.
      Jon Parshall, Esq.
      Frank Noyes, Esq.
      File Copy