Richard H. Cross, Jr.
Christopher P. Simon
Judy M. Jones
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON,** LLC
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

February 23, 2006

<u>VIA ONLINE DELIVERY</u>
The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 N. King Street, Room 4209
Lock Box 10
Wilmington, DE 19801

        Re:    *Christiana Ventures et al. v. Selective Way Insur. Co. et al.*
               05-309(KAJ)

Dear Judge Jordan:

      Enclosed herein is the proposed amended scheduling order. As discussed during the status conference with the Court on February 8, 2006, and as agreed to by the parties, the proposed amendments are as follows:

1. A discovery cutoff date of May 4, 2006 instead of April 4, 2006;
2. Dispositive Motions filed on or before June 5, 2006 instead of May 4, 2006;
3. A three (3) day bench trial instead of two (2).

      I am available at the Court's convenience should there be any questions or concerns.

Respectfully submitted,

*/s/ Amy Evans*

Amy Evans (No. 3829)
Enclosure

cc:    Frank Noyes, Esq.
        Jon Parshall, Esq.
        Richard H. Cross, Jr., Esq.
        File Copy