IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and ) <br> JOSEPH CAPANO ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SELECTIVE WAY INSURANCE ) <br> COMPANY a/k/a SELECTIVE ) <br> INSURANCE GROUP INC, and ) <br> ONE BEACON INSURANCE, ) <br> ) <br> Defendants. ) | C. A. No. 05-0309 KAJ |

NOTICE OF SERVICE

    I, Amy Evans, hereby certify that on February 28, 2006 I caused to be served a true and correct copy of *Plaintiffs' Interrogatories Directed to Selective Way Insurance Company (second set)* upon the following as indicated.

VIA U.S. MAIL
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

VIA HAND DELIVERY
Frank Noyes, II
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

                                                /s/ Amy Evans
                                                Amy Evans (Bar I.D. No. 3829)