IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO | ) ) ) | C. A. No. 05-0309 KAJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC, and ONE BEACON INSURANCE, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Amy Evans, hereby certify that on February 28, 2006 I caused to be served a true and correct copy of *Plaintiffs' Interrogatories Directed to One Beacon Insurance Company* upon the following as indicated.

VIA U.S. MAIL
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

VIA HAND DELIVERY
Frank Noyes, II
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

                                             /s/ Amy Evans
                                             Amy Evans (Bar I.D. No. 3829)