IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC.,** and **JOSEPH L. CAPANO,** | : | C.A. No. 05-0309 KAJ |
| Plaintiffs, | : | |
| v. | : | |
| **SELECTIVE WAY INSURANCE COMPANY,** a/k/a **SELECTIVE INSURANCE GROUP, INC.,** and **ONEBEACON AMERICA INSURANCE COMPANY,** | : | |
| Defendants. | : | |

### NOTICE OF SERVICE OF
### RESPONSE TO PLAINTIFFS' DOCUMENT REQUESTS DIRECTED TO
### SELECTIVE WAY INSURANCE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 7th day of March 2006, I caused **Response to Plaintiff's Document Requests Directed to Selective Way Insurance** to be served by hand upon the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Frank E. Noyes, II, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

**MURPHY, SPADARO & LANDON**

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective Way Insurance Company

00083464

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC.**, and **JOSEPH L. CAPANO**, | : | C.A. No. 05-0309 KAJ |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SELECTIVE WAY INSURANCE COMPANY**, a/k/a **SELECTIVE INSURANCE GROUP, INC.**, and **ONEBEACON AMERICA INSURANCE COMPANY**, | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 7th day of March 2006, I electronically filed **Notice of Service of Response to Plaintiff's Document Requests Directed to Selective Way Insurance** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Amy Evans, Esquire  
Cross & Simon, LLC  
913 North Market Street, 11th Floor  
P.O. Box 1380  
Wilmington, DE  19899-1380

Frank E. Noyes, II, Esq.  
White & Williams LLP  
824 N. Market Street, Suite 902  
P.O. Box 709  
Wilmington, DE 19899-0709

00083464

**MURPHY, SPADARO & LANDON**

<u>/s/ Jonathan L. Parshall</u>
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective
Way Insurance Company

00083464