IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO, : | C.A. No. 05-0309 KAJ |
| Plaintiffs, : | |
| v. : | |
| SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC., and ONEBEACON AMERICA INSURANCE COMPANY, : | |
| Defendants. : | |

NOTICE OF SERVICE OF
RESPONSE TO PLAINTIFFS' INTERROGATORIES DIRECTED TO
SELECTIVE WAY INSURANCE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of March 2006, I caused **Response to Plaintiff's Interrogatories Directed to Selective Way Insurance** to be served by hand upon the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Frank E. Noyes, II, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

**MURPHY, SPADARO & LANDON**

/s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective Way Insurance Company

00083464

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO, : | C.A. No. 05-0309 KAJ |
| Plaintiffs, : | |
| v. : | |
| SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC., and ONEBEACON AMERICA INSURANCE COMPANY, : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of March 2006, I electronically filed **Notice of Service of Response to Plaintiff's Interrogatories Directed to Selective Way Insurance** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

Frank E. Noyes, II, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

00083464

**MURPHY, SPADARO & LANDON**

<u>/s/ Jonathan L. Parshall</u>
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective
Way Insurance Company

Case 1:05-cv-00309-KAJ    Document 33    Filed 03/20/2006    Page 3 of 3

00083464