IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SELECTIVE WAY INSURANCE )<br>COMPANY et. al. )<br>)<br>Defendants. ) | C. A. No. 05-0309 KAJ |

### NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 the undersigned attorney will take the deposition of Donna Webster commencing on Friday, April 28, 2006 at 9:30 a.m. at the offices of Cross & Simon LLC, 913 N. Market Street, 11th floor, Wilmington, Delaware 19801 or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court.

The deposition will be recorded by stenographic means.

Dated: April 6, 2006
Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Amy E. Evans (Bar I.D. No. 3829)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (facsimile)