**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHRISTIANA VENTURES, INC., et al.** | ) | C. A. No. 05-0309 KAJ |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SELECTIVE WAY INSURANCE** | ) | |
| **COMPANY et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

NOTICE OF SERVICE

    I, Amy Evans, hereby certify that on April 13, 2006 I caused to be served a true and correct copy of *Notice of 30(b)(6)Deposition (Selective Way Ins. Co.)* upon the following as indicated.

VIA FACSIMILE and U.S. MAIL
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

VIA HAND DELIVERY
Frank Noyes, II
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

                                                    /s/ Amy Evans
                                                    Amy Evans (No. 3829)