IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH L. CAPANO, | : | C.A. No. 05-0309 KAJ |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| SELECTIVE WAY INSURANCE COMPANY, a/k/a SELECTIVE INSURANCE GROUP, INC., and ONEBEACON AMERICA INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

NOTICE OF SERVICE OF
RESPONSE TO PLAINTIFFS' SECOND SET OF INTERROGATORIES AND
SECOND SET OF REQUESTS FOR PRODUCTION DIRECTED TO
SELECTIVE WAY INSURANCE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of April 2006, I caused **Response to Plaintiffs Second Set of Interrogatories Directed to Selective Way Insurance and Response to Plaintiffs' Second Set of Requests for Production** to be served by hand upon the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE  19899-1380

Frank E. Noyes, II, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

00083464

**MURPHY, SPADARO & LANDON**

<u>/s/ Jonathan L. Parshall</u>
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective
Way Insurance Company

00083464

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., and<br>JOSEPH L. CAPANO, | : | C.A. No. 05-0309 KAJ |
| Plaintiffs, | : | |
| v. | : | |
| SELECTIVE WAY INSURANCE<br>COMPANY, a/k/a SELECTIVE<br>INSURANCE GROUP, INC.,<br>and ONEBEACON AMERICA<br>INSURANCE COMPANY, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 20th day of April 2006, I electronically filed **Notice of Service of Response to Plaintiff's Second Set of Interrogatories Directed to Selective Way Insurance and Responses to Plaintiffs' Second Set of Requests for Production** with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

Amy Evans, Esquire
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE  19899-1380

Frank E. Noyes, II, Esq.
White & Williams LLP
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899-0709

00083464

**MURPHY, SPADARO & LANDON**

 /s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
e-mail: jonp@msllaw.com
Attorney for Defendant Selective
Way Insurance Company

00083464