IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHRISTIANA VENTURES, INC., et al.** ) | C. A. No. 05-0309 KAJ |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **SELECTIVE WAY INSURANCE** ) | |
| **COMPANY et al.** ) | |
| ) | |
| **Defendants.** ) | |

RE-NOTICE OF 30(b)(6) DEPOSITION

  **PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6) the undersigned attorney will take the deposition of Selective Way Insurance Company commencing on Monday, May 8, 2006 at 3:00 p.m. at the offices of Cross & Simon LLC, 913 N. Market Street, Wilmington, DE 19801 or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court.

  Selective Way Insurance Company is directed to designate one or more officers, directors or managing agents or other persons to testify on its behalf and the person or persons designated shall be prepared to testify on the matters set forth in Exhibit A attached hereto. The deposition will be recorded by stenographic means.

Dated: April 26, 2006
   Wilmington, Delaware

               CROSS & SIMON, LLC


              By: /s/ Amy E. Evans
               Richard H. Cross, Jr. (No. 3576)
               Amy Evans (No. 3829)
               913 North Market Street, 11th Floor
               P.O. Box 1380
               Wilmington, Delaware 19899-1380
               (302) 777-4200
               (302) 777-4224 (Facsimile)


              *Counsel for Plaintiffs*