IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., and<br>JOSEPH CAPANO | )<br>)<br>) | C. A. No. 05-0309 KAJ |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| SELECTIVE WAY INSURANCE<br>COMPANY et. al. | )<br>)<br>) | |
| Defendants. | ) | |

### RE-NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30 the undersigned attorney will take the deposition of Donna Webster commencing on Monday, May 8, 2006 at 10:30 a.m. at the offices of Cross & Simon LLC, 913 N. Market Street, 11th floor, Wilmington, Delaware 19801 or such other date or at such other time or place as may be agreed upon by the parties or ordered by the Court.

The deposition will be recorded by stenographic means.


Dated:  April 26, 2006
        Wilmington, Delaware         CROSS & SIMON, LLC


                                      By:  /s/ Amy E. Evans
                                         Amy E. Evans (Bar I.D. No. 3829)
                                         913 North Market Street, 11th Floor
                                         P.O. Box 1380
                                         Wilmington, Delaware  19899-1380
                                         (302) 777-4200
                                         (302) 777-4224 (facsimile)
                                         *Counsel for Plaintiffs*