**CERTIFICATE OF SERVICE**

      I, Amy Evans, hereby certify that on April 26, 2006 I caused to be served a true and correct copy of the Notice of Deposition upon the following individual(s) as indicated:

**VIA FACSIMILE and U.S. MAIL**
Jonathan L. Parshall
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805

**VIA HAND DELIVERY**
Frank Noyes, II
White and Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19899

                                              /s/ Amy E. Evans
                                              Amy Evans (Bar I.D. No. 3829)