IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC, and ONE BEACON INSURANCE,  )<br>)<br>)<br>)<br>Defendants.  ) | C. A. No. 05-0309 KAJ |

**DEFENDANT SELECTIVE WAY INSURANCE COMPANY'S NOTICE OF DEPOSITION DUCES TECUM OF JOSEPH CAPANO**

PLEASE TAKE NOTICE that Defendant Selective Way Insurance Company ("Selective") will take the deposition duces tecum upon oral examination of Joseph Capano. The deposition(s) will commence on Thursday, May 18, 2006 upon completion of the Rule 30(b)(6) deposition of Christiana Ventures, Inc, which is noticed for at 9:00 a.m. at the offices of Murphy Spadaro & Landon, 1011 Centre Road, Suite 210, Wilmington, Delaware 19805.

MURPHY SPADARO & LANDON

By: /s/ Jonathan L. Parshall
    Jonathan L. Parshall (No. 3247)
    1011 Centre Road, Suite 210
    Wilmington, Delaware 19805
    (302) 472-8106
    (302) 472-8135 (Facsimile)

131695

131695

APPENDIX TO NOTICE OF DEPOSITION
DUCES TECUM OF JOSEPH CAPANO

DOCUMENTS AND THINGS REQUESTED

    It is requested that at the deposition Joseph Capano produce for inspection and copying at the offices of Murphy Spadaro & Landon any of the following documents and things in its possession, custody, or control:

    1.    All documents related to bills for legal fees and expenses and payments towards those bills for which Joseph Capano seeks coverage in this litigation.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO ) | C. A. No. 05-0309 KAJ |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC, and ONE BEACON INSURANCE, ) ) ) ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Jonathan L. Parshall, Esquire, do hereby certify that on this 12th day of May, 2006, two copies of the foregoing **DEFENDANT SELECTIVE WAY INSURANCE COMPANY'S NOTICE OF DEPOSITION DUCES TECUM OF JOSEPH CAPANO,** were delivered via Electronic filing upon the following individual(s):

Richard H. Cross, Jr., Esquire, I.D. 3576
Amy Evans, Esquire, I.D. 3829
Cross & Simon, LLC
913 North Market Street, Suite 1001
Wilmington, DE  19899-1380
Office: (302)777-4200
Fax:    (302)777-4224

Frank Noyes, II, Esq. I.D. 3988
White & Williams LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
(302)467-4511
(302)467-4556

**MURPHY, SPADARO & LANDON**

 /s/ Jonathan L. Parshall
Jonathan L. Parshall (#3247)
1011 Centre Road, Suite 210
Wilmington, DE  19805
(302) 472-8106
Attorney for Defendant Selective Way Insurance Company

131695