Richard H. Cross, Jr.
Christopher P. Simon
Nancy Walsh Law
Donna L. Harris
Amy E. Evans
Erica Niezgoda Finnegan
Charles T. Williams, III
Sean T. O'Kelly
Kristen Healey Cramer

**CROSS & SIMON, LLC**
ATTORNEYS AT LAW
913 NORTH MARKET STREET
11TH FLOOR
WILMINGTON, DELAWARE 19801
302-777-4200 / 302-777-4224 (FAX)
e-mail: aevans@crosslaw.com
www.crosslaw.com

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

May 25, 2006

VIA ONLINE DELIVERY
The Honorable Kent A. Jordan
U.S. District Court for
   the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

   Re: *Christiana Ventures et al. v. Selective Way Insur. Co. et al.*
      05-309(KAJ)

Dear Judge Jordan:

  On behalf of all parties, we are pleased to inform the Court that a settlement has been reached in the above-referenced matter. The parties are finishing up with details and it is anticipated that a stipulation of dismissal with prejudice will be filed shortly. We thank the Court for its time and attention to this case.

Respectfully submitted,

/s/ Amy E. Evans

Amy Evans (No. 3829)

cc: Magistrate Judge Mary Pat Thynge
   Jon Parshall, Esq.
   Frank Noyes, Esq.
   File Copy