## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHRISTIANA VENTURES, INC., et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-309-KAJ |
| | : | |
| SELECTIVE WAY INSURANCE | : | |
| COMPANY a/k/a SELECTIVE | : | |
| INSURANCE GROUP, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **31st** day of **May, 2006**,

IT IS ORDERED that the mediation conference scheduled for Monday, November 6, 2006 at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE