IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTIANA VENTURES, INC., and JOSEPH CAPANO ) | C. A. No. 05-0309 KAJ |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SELECTIVE WAY INSURANCE COMPANY a/k/a SELECTIVE INSURANCE GROUP INC, and ONE BEACON INSURANCE, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Rule 41(a)(1) the parties in the above-captioned matter, by and through undersigned counsel, hereby stipulate and agree that the action, and any counterclaims and cross-claims asserted therein, be and hereby is dismissed with prejudice, with each party to bear their own fees and costs.

MURPHY SPADARO & LANDON

_____
Jonathan L. Parshall (No. 3247)
1011 Centre Road, Suite 210
Wilmington, DE 19805
(302) 472-8106
*Attorney for Selective Insurance Company ~~of America~~ Way*

WHITE & WILLIAMS

_____
Frank Noyes, II (No. 3988)
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 467-4511
*Attorney for One Beacon Insurance*

CROSS & SIMON, LLC

_____
Richard H. Cross, Jr. (No. 3576)
Amy Evans (No. 3829)
913 North Market Street, 11th floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200
(302) 777-4224 (Facsimile)
*Attorneys for Plaintiffs*